UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAILY NEWS, LP; CHICAGO TRIBUNE COMPANY, LLC; and ORLANDO SENTINEL COMMUNICATIONS COMPANY, LLC,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAVE SOFTWARE, INC.**<br><br>**Defendant.** | **Civil Action No.** 26-cv-9554<br><br>**COMPLAINT**<br>**JURY TRIAL DEMANDED** |

Plaintiffs Chicago Tribune Company, LLC ("The Chicago Tribune"), Daily News, LP ("The Daily News"), and Orlando Sentinel Communications Company, LLC ("The Orlando Sentinel") (collectively, the "Publishers"), by their attorneys Rothwell, Figg, Ernst & Manbeck, P.C., for their complaint against Brave Software, Inc. ("Brave"), allege as follows:

## NATURE OF THE ACTION

1. This case concerns Brave's central role in copying and distributing unlawfully acquired copyrighted content, including content scraped from the Publishers' prominent newspaper websites, to its own users and other generative artificial intelligence ("GenAI") companies. Brave also offers products specifically designed to circumvent the technical measures that the Publishers and other content owners use to control access to their copyrighted material. Brave is the supplier, dealer, and distributor of stolen copyrighted content for its own users and many of the most prominent GenAI companies, including Anthropic, Perplexity, Mistral, xAI, and

Cohere.[1] In this way, Brave acts both like a burglar that misappropriates the content of publishers, and an AI "fence" that sells stolen content to third parties. And the third parties are serving as the knowing receivers of that stolen content, which they have used to build their trillion dollar businesses.

2. At first, Brave offered its users a search engine called "Brave Search." Unlike many companies whose search engines referred inquiries to Google Search or Microsoft Bing, Brave sought to develop an independent search capability. Brave compiled a search "index" by copying billions of websites scraped from the internet (the "Brave Index"). According to Brave, the Brave Index currently includes "over 30 billion webpages, with millions of new pages indexed each day."[2] A Brave Search user could query Brave Search, which would then provide links to websites that might include responsive information, and possibly a few words from the website for the user's reference. Brave, however, has never disclosed the name of its "bot"—*i.e.,* the software agent it uses to crawl the internet and scrape material from other companies' websites.[3] In other words, Brave crawled and copied content from the over 30 billion webpages in the Brave Index without identifying itself or providing website owners with any mechanism to block its crawler.

3. But by 2023, Brave had made little headway in the search business. So instead, Brave adopted a new business model: it decided to monetize its index of scraped web pages. It did so in at least two new ways.

---

[1] *Brave Search API*, BRAVE, https://brave.com/search/api/ (stating that the Brave API is "trusted by the world's top AI labs" including Cohere and Mistral as well as "ones it can't name") (last visited Oct. 29, 2026); *About Brave*, BRAVE, https://brave.com/about/ (stating that the Brave API is "[u]sed by some of the biggest names in AI, including Cohere, Mistral, Perplexity, and You.com") (last visited Oct. 29, 2026); *Leo—Brave's AI browser assistant that preserves users' privacy—is now available to desktop users*, BRAVE (Nov. 2, 2023), https://brave.com/blog/leo-launch/ ("Anthropic used Brave's Search API to train their latest model, Claude 2, on high-quality data to help optimize Claude's outputs for retrieval augmented generation (RAG) queries.").

[2] *Brave AI*, BRAVE, https://brave.com/ai/ (last visited Oct. 30, 2026).

[3] *Brave Search Crawler*, BRAVE, https://search.brave.com/help/brave-search-crawler (last visited Oct. 30, 2026).

4. First, Brave added to Brave Search an AI feature called "Ask Brave."[4] Ask Brave provides direct responses to users' queries by providing content published online and copied into the Brave Index to a large language model ("LLM") through a process called retrieval augmented generation ("RAG"). The LLM in turn generates responses, which Brave displays to users, which often include verbatim text from and detailed summaries of the copyrighted material on that website. Brave refers to this functionality as "AI Grounding."[5]

5. Second, through its Brave Search Application Programming Interface (the "Brave API"), Brave serves as an illicit source of unlicensed copyrighted material, including copyrighted material owned by the Publishers, to other AI companies. Instead of compiling their own collection of copyrighted data to use for training and RAG, which is resource-intensive, requires ongoing updates, and is a potential source of legal exposure, other AI companies pay Brave to provide them with real-time online content from the Brave Index. AI companies then use the Brave Index, with Brave's knowledge and approval, to train their own AI models, or to access content they use to respond to specific user queries (through the RAG process), or both. Further, Brave advertises and promotes certain specific use cases to attract third parties looking to use the Brave Index and the copyrighted content that Brave has scraped and copied for substitutive purposes. One substitutive use that Brave promotes is "News," which is "a specialized index of articles sourced from trusted outlets worldwide"—including the Publishers' newspapers—that offers "access to breaking news, historical articles, and comprehensive coverage for your applications."[6] Brave also promotes its "LLM Context" endpoint by explaining that it gives users direct access to the websites in the Brave

---

[4] *Introducing Ask Brave*, BRAVE (Sept. 29, 2025), https://brave.com/blog/ask-brave/.
[5] *Introducing AI Grounding with Brave Search API, providing enhanced search performance in AI applications*, BRAVE (Aug. 5, 2025, last updated Sept. 1, 2025), https://brave.com/blog/ai-grounding/.
[6] *News Search*, BRAVE SEARCH API, https://api-dashboard.search.brave.com/documentation/services/news-search (last visited Oct. 29, 2026).

Index, and it "returns extracted page chunks and source metadata in a shape and length that satisfies the needs of an LLM without need for further scraping."[7]

6. Brave also provides a third product, a web browser (the "Brave Browser"), that likewise provides copies of paywalled copyrighted content, including the Publishers' content, to users. The Brave Browser includes a default setting that, when activated, causes the browser to go behind website paywalls and provide the paywalled content to the user. The setting is called "Paywall blocker," and Brave promotes it as allowing users to "Bypass Paywalls."




7. The Brave Browser also includes "Brave News," which "is completely free to use" and provides: "Private, personalized news. From hundreds of sources. Right in your browser."[8] Brave promotes hundreds of top publishers,[9] including the Chicago Tribune, accessible through its paywall-evading Browser as shown in the Brave Browser screenshot below:

---

[7] *LLM Context: Web search for AI agents and chatbots*, Brave Search API, https://api-dashboard.search.brave.com/documentation/services/llm-context (last visited Oct. 29, 2026).
[8] *Brave News*, Brave, https://brave.com/brave-news/ (last visited Oct. 30, 2026).
[9] Brave Software, *Brave News: Customized News Feeds & RSS*, Vimeo (Jan. 31, 2023), https://vimeo.com/794414940?fl=pl&fe=sh.




8. The Brave Browser also includes built-in ad-blocking features that remove paid advertisements from the Publishers' websites and show users Brave's own ads instead.

9. The Publishers' content, including copyrighted content, features prominently in Brave's products. As shown in multiple examples provided below, a user asking Brave for information on a topic will often receive information taken from a copyrighted article that appeared in one of the Publishers' newspapers. Brave has never asked for the Publishers' permission to access their websites, much less to copy the material and provide it to users or other AI companies. On the contrary, as noted above, Brave allows its users to bypass the Publishers' paywalls without their consent, and has taken other steps that prevent the Publishers from blocking Brave's access to the Publishers' websites. Brave has never compensated the Publishers for the unlawful use, copying, and distribution of the Publishers' copyrighted content. Indeed, Brave boasts that, unlike

its major competitors, it blocks paid advertising that would otherwise appear on the Publishers' websites, and instead shows its own ads, offering its users a cut of the revenue even as it deprives the Publishers of digital advertising revenue that helps them fund the expensive effort of producing journalism.

10. For these reasons, and others explained below, Brave occupies a niche in the AI industry from which it plays a central role in compiling, copying, and distributing unlawfully acquired copyrighted content, including content scraped from the Publishers' websites.

11. Brave is a direct infringer with respect to the content it scraped to compile the Brave Index and with respect to the copyrighted content it provides to users and other AI companies through its Ask Brave and Brave API services. Brave is a contributory and vicarious infringer when it deliberately induces, facilitates, controls, and profits from its users' and GenAI customers' copying of the copyrighted content. And Brave has violated the Digital Millennium Copyright Act ("DMCA") by circumventing the technological measures that the Publishers and other content owners use to control access to the copyrighted material on their websites. While Brave has made more than $100 million by copying and reselling publishers' work without consent or permission, publishers have received nothing.

## JURISDICTION AND VENUE

12. The Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a), because this action arises under the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* and the Digital Millennium Copyright Act, 17 U.S.C. § 1201 *et seq.* This Court has jurisdiction over the Publishers' common-law claims under 28 U.S.C. § 1332 in that Plaintiffs and Defendant are citizens of different states and the amount in controversy exceeds $75,000, and under 28 U.S.C. § 1367.

13. Jurisdiction over Brave is proper because it has purposely availed itself of the privilege of conducting business in New York. In addition, a substantial portion of Brave's infringing activities and other unlawful conduct alleged herein occurred in New York, including (i) the distribution and sale of Brave's products and services to customers in New York, (ii) the unlawful theft and infringement of copyrighted content from the Publishers' websites, which are maintained in New York, and (iii) the unlawful circumvention of the protective measures by which the Publishers protect the contents of their websites. Moreover, Brave's copyright infringement and DMCA violations have caused direct and foreseeable harm to the Publishers and other New York-based entities, by depriving them of revenue from licensing, subscriptions, advertising, and other services offered through their websites.

14. In addition, upon information and belief, inquiries to the Brave API, one of the Brave AI products at the center of the Publishers' claims in this case, pass through a server located in New York City. Specifically, inquiries to the Brave API pass through a server with the IP address 75.2.96.101. The server associated with that IP address is located in The Bronx, within the Southern District of New York.[10]

15. Upon information and belief, senior executives and other employees of Brave reside and work in New York. For example, Brave's Chief Financial Officer (Bill Engles)[11], Vice President of Sales for Global Brave Ads (Richard Rosenzweig)[12], International Growth Product Manager (Andy Andersen)[13], Senior Director of Business Development for Search API (Carlos Acevedo)[14], Senior Director of Advertising Sales (Peter Adams II)[15], Senior Technical Product

---

[10] *IP Lookup 75.2.96.101*, BIGDATACLOUD, https://www.bigdatacloud.com/ip-lookup/75.2.96.101 (last visited Oct. 30, 2026).
[11] *Bill Engles*, LINKEDIN, https://www.linkedin.com/in/billenglesnyc/ (last visited Oct. 29, 2026).
[12] *Richard Rosenzweig*, LINKEDIN, https://www.linkedin.com/in/richardrosenzweig/ (last visited Oct. 29, 2026).
[13] *Andy Andersen*, LINKEDIN, https://www.linkedin.com/in/andyandersen1/ (last visited Oct. 29, 2026).
[14] *Carlos Acevedo*, LINKEDIN, https://www.linkedin.com/in/clacevedo/ (last visited Oct. 29, 2026).
[15] *Peter Adams II*, LINKEDIN, https://www.linkedin.com/in/padams2/ (last visited Oct. 29, 2026).

Manager (Brian Fung)[16], and GTM Leader (Ben Segal)[17] are located in New York City. Upon information and belief, these employees based in New York are directly and responsibly involved in, and knowledgeable concerning, the development, implementation, maintenance, and/or promotion of the technology that Brave uses to gather and unlawfully infringe the Publishers' copyrighted content.

16. Upon information and belief, the individuals identified above, as well as other Brave officers and employees, promote, advertise, and market Brave's products in New York, with the intention and result that Brave contracts for the sale of services in New York. Brave's customers include companies headquartered in New York, or with offices in New York, including NYIAX. Brave regularly sponsors, exhibits at, and provides speakers for, AI-industry events in New York City, including the AI Summit New York in 2023[18], 2024[19], and 2025[20], Permissionless IV in 2025[21], the AIE Code Summit in 2025[22], and apidays New York in 2026[23].

---

[16] *Brian Fung*, LINKEDIN, https://www.linkedin.com/in/fungbrian/ (last visited Oct. 29, 2026).
[17] *Ben Segal*, LINKEDIN, https://www.linkedin.com/in/bensegal/ (last visited Oct. 29, 2026).
[18] Brave, *Jan Piotrowski, VP and Head of Search Business for Brave, will be on stage at The AI Summit New York next week!*, LINKEDIN (Dec. 1, 2023), https://www.linkedin.com/posts/aisummit-artificialintelligence-share-7136356020787777536-YS0L/.
[19] *2024 Speakers*, THE AI SUMMIT NEW YORK 2024, https://web.archive.org/web/20241210113542/https:/newyork.theaisummit.com/conference-speakers (archived Dec. 10, 2024); *Exhibitors - Brave Software*, THE AI SUMMIT NEW YORK 2024, https://web.archive.org/web/20241210123003/https:/newyork.theaisummit.com/exhibitors/brave-software (archived Dec. 10, 2024).
[20] Brave, *Thank you to everyone who stopped by our booth at AI Summit NYC last week!*, LINKEDIN (Dec. 19, 2025), https://www.linkedin.com/posts/thank-you-to-everyone-who-stopped-by-our-ugcPost-7407862626418085888-cxV9/; Brave, Repost of *Creating a popup podcast studio on a conference show floor? GENIUS!*, LINKEDIN (Dec. 16, 2025), https://lnkd.in/p/eYWNW8NE.
[21] Brave, *Brave Co-Founder and CEO Brendan Eich will be speaking at Permissionless IV this week in NYC!*, LINKEDIN (June 24, 2025), https://www.linkedin.com/posts/brave-co-founder-and-ceo-brendan-eich-will-share-7343353991797387266-h6HP/.
[22] Brave, Comment to *CV is powering the Official Hackathon for the AIE Code Summit this weekend in NYC!*, LINKEDIN (Nov. 18, 2025), https://lnkd.in/p/eHMBwr7j.
[23] Brave, Repost of *Thank you to Brave, Silver Sponsor of apidays New York 2026*, LINKEDIN (Apr. 20, 2026), https://lnkd.in/p/eGmGjQVp.

17. Brave's contacts with New York also include the company's "Brave Ads" program, discussed below. This program targets users in New York, and as of October 30, 2026, Brave reported 10 active ad campaigns underway in New York State.[24]

18. Based on the foregoing, venue is proper in this District under 28 U.S.C. § 1400(a) because Brave is subject to the personal jurisdiction of this Court with respect to the claims at issue in this case, and therefore Brave is deemed to reside in this District. Venue is also proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the Publishers' claims occurred in this District, including the marketing, sale, and licensing of Brave's AI products that were built on the infringement of the Publishers' intellectual property, including that of The Daily News, which is situated within this District. Brave has offered and sold its services to New York residents, and Brave enjoys a substantial base of active users in New York.

## <u>THE PARTIES</u>

19. Plaintiff Daily News, LP is a Delaware limited partnership with offices located in New York. The Daily News publishes digital and print products, including its core news product, the New York *Daily News*, which is available on its mobile application, on its website (www.nydailynews.com), and as a printed newspaper. The Daily News owns over 9,000 registered, copyrighted newspaper issues, including those set forth in Exhibit A ("Daily News Content"). The registered issues include over 500,000 articles.

20. Plaintiff Chicago Tribune Company, LLC is a Delaware limited liability company with a principal place of business located in Illinois. The Chicago Tribune publishes digital and print products, including its core news product, the *Chicago Tribune*, which is available on its mobile application, on its website (www.chicagotribune.com), and as a printed newspaper. The

[24] *Transparency Data Feed: Brave Browser Stats & Rewards/BAT Activity*, BRAVE, https://brave.com/transparency/ (last visited Oct. 30, 2026).

Chicago Tribune owns over 15,000 registered, copyrighted newspaper issues, including those set forth in Exhibit B ("Chicago Tribune Content"). The registered issues include over 1.2 million articles.

21. Plaintiff Orlando Sentinel Communications Company, LLC is a Delaware limited liability company with a principal place of business located in Florida. The Orlando Sentinel publishes digital and print products, including its core news product, the *Orlando Sentinel*, which is available on its mobile application, on its website (www.orlandosentinel.com), and as a printed newspaper. The Orlando Sentinel owns over 8,500 registered, copyrighted newspaper issues, including those set forth in Exhibit C ("Orlando Sentinel Content"). The registered issues include over 400,000 articles.

22. Brave is a closely-held Delaware corporation with its principal place of business in San Francisco, California.

## FACTUAL ALLEGATIONS

### I. The Publishers

23. The Daily News is the publisher of the New York *Daily News*, which was the first newspaper in America to publish in the now-familiar tabloid format. Established in 1919, and originally called the *Illustrated Daily News*, the *Daily News* has long been renowned especially for its award-winning photojournalism, its iconic headlines and front-page visuals, and its in-depth coverage of local events, politics, and sports. The *Daily News* received its most recent Pulitzer Prize for Public Service in 2017 for (in the words of the Pulitzer organization) its coverage of "widespread abuse of eviction rules by the police to oust hundreds of people, most of them poor minorities." In 2007, the *Daily News*'s editorial board won the Pulitzer Prize for a series of editorials highlighting the declining health of the thousands of 9/11 first responders. Following the *Daily News*'s reporting, Congress passed the James Zadroga 9/11 Health and Compensation Act,

Pub. L. 111-347, which established a federal program to monitor the health of 9/11 first responders, and to provide aid to those responders in need.

24. The Chicago Tribune is the publisher of the *Chicago Tribune*. Established in 1847, the *Chicago Tribune* emerged eight years later as one of the first and leading voices for "Free Soil" and the abolition of slavery in the United States. The *Chicago Tribune* was an early promoter of Abraham Lincoln's 1860 presidential candidacy, and ardently supported his administration. Following the Civil War, the *Chicago Tribune* remained a leading voice in the industrial Midwest during the late 19th and 20th centuries. Its impact on national and international news has been significant. In 1919, the *Chicago Tribune* was the first to obtain and publish the text of the Treaty of Versailles, which ended the First World War. On May 1, 1974, the *Chicago Tribune* was the first newspaper to publish a full transcript of President Richard Nixon's Oval Office tapes, leading to his resignation in August of that year. In 1933, the *Chicago Tribune*'s sports editor created the first Major League Baseball all-star game. The *Chicago Tribune* staff and reporters have won 29 Pulitzer Prizes, including most recently in 2026 (in the Local Reporting category, for coverage of the militarized immigration sweep of the city); in 2022 (in the Local Reporting category, for a series on Chicago's deficient building- and fire-safety code enforcement); in 2017 (for Feature Photography, depicting a boy and his mother as their lives moved forward after he survived a shooting); and in 2017 (Public Service, for reporting on harmful pharmacy practices, and particularly noting that the reporting led to reforms that prevented future harm).

25. The Orlando Sentinel is the publisher of the *Orlando Sentinel*. The *Orlando Sentinel* is the successor to the *Orange County Reporter*, which issued its first edition in 1876. Currently, the *Orlando Sentinel* covers a diverse part of Florida that includes tourism, construction and development, agriculture, Disney World, and NASA's Kennedy Space Center. From 2001

through 2022, the Orlando Sentinel published a weekly Spanish-language paper, *El Sentinel*. In addition to chronicling the rapid transformation of central Florida from a rural agricultural region to a global vacation and space hub, the *Orlando Sentinel* has received accolades for its reporting, having won three Pulitzer Prizes. The prizes included one for investigative reporting for chronicling racial profiling and unjust property seizures by a local sheriff's office (1993) and two for editorial writing regarding lax growth management (1982) and predatory lending practices in Florida (2000). More recently, the *Orlando Sentinel* was named a Pulitzer finalist in 2017 for its breaking news coverage of the Pulse nightclub massacre. It also was named a Pulitzer finalist in 2013 in local reporting for a hazing tragedy at Florida A&M University.

## II. Brave and Its Products

### A. Brave

26. Brave was founded in 2015 by Brendan Eich and Brian Bondy. It remains a closely held company, and one of its self-professed selling points is its purported attention to users' privacy. The company cites its purported concern for users' privacy as a shield against scrutiny of its own activities, and detailed information on the company's operations is not readily available. Third-party sources report that early investors in Brave include, in addition to Eich and Bondy, Peter Thiel (through his capital firm, Founders Fund), Pantera Capital, Digital Currency Group, Foundation Capital and Propel Venture Partners. Third-party reports state that Brave's 2025 revenue passed $100 million, up from about $52 million in 2024. As of September 30, 2026, the Brave Browser had close to 130 million monthly users and over 50 million daily users.[25] Brave Search answers more than 50 million queries per day, and a third of those queries lead to an AI-

[25] *Transparency Data Feed: Brave Browser Stats & Rewards/BAT Activity*, BRAVE, https://brave.com/transparency/ (last visited Oct. 30, 2026).

generated response.[26] According to a February 2026 blog post, the Brave API handles billions of API calls weekly,[27] meaning that Brave's use by other GenAI companies far exceeds that of individual users.

27. Brave created a search engine, which it called "Brave Search." To develop an index for a search engine, a company deploys a software agent (a crawler or bot) to browse the internet, and then scrapes content from websites. That content is then stored in a central database (the index), so that the search engine can retrieve and display links to the relevant pages in search results when a user asks for information. These functions allow search engines to organize and categorize web pages in a way that makes them easily searchable.

28. In 2023, Brave started offering a generative AI ("GenAI") feature called "Summarizer" via Brave Search. In 2025, Brave updated "Summarizer" and renamed it "Ask Brave," which is currently available through Brave's website (brave.com) or its app. Ask Brave no longer provides users with just a list of links to relevant websites in the Brave Index. Instead, it provides users of Brave Search with results that contain answers to user queries. These answers are written by an AI-powered feature that summarizes, and often incorporates verbatim, third-party content.

29. Brave also developed a separate suite of services called Brave API, which can be used both by individuals and by third-party AI companies. Brave uses this technology to make additional copies of, and to distribute, through the Brave Index, the copyrighted content on websites (including those behind paywalls) that Brave has copied into that index.

[26] *Brave AI,* BRAVE, https://brave.com/ai/ (last visited Oct. 30, 2026).
[27] *The Brave Search API shows exponential growth, emerging as the best search tool to power AI apps*, BRAVE (Feb. 24, 2026), https://brave.com/blog/search-api-growth/.

### B. Brave's Products

30. Brave's products either include features powered by Large Language Models ("LLMs") or serve as components for developing and operating LLMs. LLMs are a type of AI system that generates expressive language resulting in text or other data, rather than just analyzing existing data. LLMs work by predicting words that are likely to follow a given string of text based on the content used to train them. They use algorithms to weigh the relevance of different parts of the input data (*e.g.,* a user's inquiry) when generating text. LLM operators "train" their models on vast datasets of written material, allowing them to encode patterns and relationships between words and sentences.

31. Once trained, LLMs can generate text by taking a seed input (again, for example, a user's inquiry) and iteratively predicting the most likely next word based on the patterns they have learned. Through this process, LLMs can generate answers to questions about content that is included in their training data.

32. LLMs are also capable of copying content from a search index like the Brave Index or other sources as input, then outputting, excerpting, summarizing, or answering questions about that content. For example, LLMs may also be deployed in conjunction with a technique called "retrieval augmented generation" ("RAG"), also known as "grounding," "retrieving," or "contextualizing." Through RAG, trained LLMs may be provided with information specific to a use case or subject matter in order to "ground" their outputs. For example, an LLM may be asked to generate a text output based on specific external data, such as a document, provided as context. Using this method, a GenAI product based on an LLM will: (1) receive an input, such as a prompt; (2) retrieve relevant content related to the input prior to generating a response; (3) combine the original input with the retrieved documents; and (4) provide the combined content to an LLM, which generates a response.

33. Brave's RAG process involves copying, distributing, and displaying high-quality, expressive, engaging, fact-checked content like that of the Publishers. Brave's AI products depend on material, including journalism, that human beings report, research, write, edit, and create. As explained further below, Brave copies and distributes that content without permission or compensation on a massive scale.

**1. Ask Brave**

34. One of Brave's GenAI products is Ask Brave, which is embedded in Brave's search engine, Brave Search. According to Brave, Ask Brave "brings a single interface that consolidates both search and AI chat. Ask Brave provides comprehensive answers to any question, plus other actionable elements–such as videos, webpages, and products–at the click (or tap) of a button."[28]

35. Unlike traditional search engines that provide "ten blue links" in response to queries, Ask Brave provides "comprehensive answers to any question."[29] That is, instead of directing users to publishers' websites, Ask Brave copies those websites to provide "longer, more detailed answers, the ability to follow up using chat, as well as Deep Research Mode," as well as "contextually relevant enrichments such as videos, news articles, products business, shopping, and more—right when and where you need them."[30]

**2. The Brave API**

36. Brave offers another suite of services through its "Brave API," primarily targeted to Brave's corporate customers (though individual users are also able to use it). The Brave API acts as a bridge between a company's software and an AI model. Among other things, the Brave

[28] *What's new in Brave*, BRAVE, https://brave.com/whats-new/ (last visited Oct. 30, 2026).
[29] *Introducing Ask Brave*, BRAVE (Sept. 29, 2025), https://brave.com/blog/ask-brave/.
[30] *AI in Brave Search*, BRAVE SEARCH HELP, https://search.brave.com/help/ai (last visited Oct. 30, 2026).

API provides these companies with copies of content from the Brave Index for use in training their own AI models and for grounding responses to queries. In fact, Brave expressly markets the Brave API to be used for "training and grounding" LLMs, which it explains are the product's "most common uses":

> The Brave Search API is an open-ended product with many possible uses (just as people have many possible uses for search engines, and apply that breadth to software development). The most common uses today are in training and grounding several of the Web's biggest large language models (LLM), in addition to powering popular AI apps. This is likely to continue to be the primary use case for the Brave Search API, as an increasing number of AI agents operate in the wild who, like humans, thrive when given access to the open Web.[31]

37. According to Brave, the Brave API "enabl[es] agents to answer questions about current events, research market trends, and retrieve and source documentation with higher accuracy and reduced hallucinations."[32] The Brave API serves "most of the top 10 AI LLMs with real-time Web search data,"[33] including "Cohere, Mistral, Perplexity, and You.com."[34] Meta (parent of Facebook, Instagram, and others) trained its Llama 3 model to use the Brave API "to answer questions about recent events that go beyond its knowledge cutoff or that require retrieving a particular piece of information from the web."[35] Anthropic also "used Brave's Search API to train their latest model, Claude 2, on high-quality data to help optimize Claude's outputs for retrieval augmented generation (RAG) queries."[36]

---

[31] *How does the Brave Search API compare to other Web search API options?*, BRAVE (Sept. 22, 2023), https://brave.com/search/api/guides/what-sets-brave-search-api-apart/ (highlighting added).
[32] *The Brave Search API's integration into Snowflake enables agentic web search for enterprise customers*, BRAVE (Feb. 3, 2026), https://brave.com/blog/snowflake/.
[33] *The Brave Search API's integration into Snowflake enables agentic web search for enterprise customers*, BRAVE (Feb. 3, 2026), https://brave.com/blog/snowflake/.
[34] *About Brave*, BRAVE, https://brave.com/about/ (last visited Oct. 29, 2026).
[35] LLAMA TEAM, AI @ META, THE LLAMA 3 HERD OF MODELS, at 24 (July 23, 2024), https://arxiv.org/pdf/2407.21783v3.
[36] *Leo—Brave's AI browser assistant that preserves users' privacy—is now available to desktop users*, BRAVE (Nov. 2, 2023), https://brave.com/blog/leo-launch/.

38. The Brave API includes specific "endpoints" (*i.e.*, categories of content). One of the endpoints is "News Search."[37] According to Brave, News Search "is perfect for":

- **News Aggregation**: Build news applications and aggregators with real-time content
- **Media Monitoring**: Track news mentions, brand coverage, and industry trends
- **Current Events Analysis**: Monitor breaking news and emerging stories
- **Content Discovery**: Find news articles for research and content curation
- **Historical News Research**: Access archived news articles with date filtering[38]

39. The News Search function also provides Brave's customers with "up to 5 additional excerpts per search result, giving you more context and alternative perspectives from each article."[39]

40. The Brave API also includes an endpoint called "LLM Context." According to Brave, the key feature of this endpoint is that it provides more content copied from the targeted websites: "Traditional Web Search returns titles and short snippets for a results page. LLM Context returns extracted page chunks and source metadata in a shape and length that satisfies the needs of an LLM without need for further scraping."[40] Brave does not hide the fact that the central feature of this service is to copy and provide Brave's customers the content of a website. According to Brave, one of the "use cases" for LLM Context is "extracting text."[41] Brave also states:

---

[37] *News Search*, BRAVE SEARCH API, https://api-dashboard.search.brave.com/documentation/services/news-search (last visited Oct. 29, 2026).
[38] *News Search*, BRAVE SEARCH API, https://api-dashboard.search.brave.com/documentation/services/news-search (last visited Oct. 29, 2026) (highlighting added).
[39] *News Search*, BRAVE SEARCH API, https://api-dashboard.search.brave.com/documentation/services/news-search (last visited Oct. 29, 2026).
[40] *LLM Context: Web search for AI agents and chatbots*, BRAVE SEARCH API, https://api-dashboard.search.brave.com/documentation/services/llm-context (last visited Oct. 29, 2026).
[41] *LLM Context: Web search for AI agents and chatbots*, BRAVE SEARCH API, https://api-dashboard.search.brave.com/documentation/services/llm-context (last visited Oct. 29, 2026).

LLM Context is perfect for:

- **AI Agents**: Give your agent a Web search tool that returns ready-to-use content in a single call
- **RAG Pipelines**: Ground LLM responses in fresh, relevant Web content
- **AI assistants & chatbots**: Provide factual answers backed by real sources
- **Question answering**: Retrieve focused context for specific queries
- **Fact checking**: Verify claims against current Web content
- **Content research**: Gather source material on any topic with one API call[42]

41. The LLM Context endpoint also offers "actual page content (text, tables, code) ready for LLM consumption – no scraping needed."[43]

42. The Brave API also includes an endpoint called "Web Search" which according to Brave "provides access to [its] comprehensive index of web pages, enabling you to retrieve relevant results from across the internet."[44] The Web Search endpoint also provides Brave's customers with "5 additional excerpts per search result, giving you more context from each web page" which Brave advertises as being useful for "[c]omprehensive content preview before clicking through."[45]

---

[42] *LLM Context: Web search for AI agents and chatbots*, BRAVE SEARCH API, https://api-dashboard.search.brave.com/documentation/services/llm-context (last visited Oct. 29, 2026).
[43] *LLM Context: Web search for AI agents and chatbots*, BRAVE SEARCH API, https://api-dashboard.search.brave.com/documentation/services/llm-context (last visited Oct. 29, 2026) (highlighting added).
[44] *Web Search*, BRAVE SEARCH API, https://api-dashboard.search.brave.com/documentation/services/web-search (last visited Oct. 30, 2026).
[45] *Web Search*, BRAVE SEARCH API, https://api-dashboard.search.brave.com/documentation/services/web-search (last visited Oct. 30, 2026).

43. The Brave API also includes an endpoint called "Answers" which provides LLM-generated responses grounded using content from the Brave Index.[46] The "Answers" endpoint is the same service that powers the Ask Brave product.[47]

**3. The Brave Browser**

44. Brave also provides a browser, the Brave Browser, through which Brave delivers Publishers' copyrighted, paywalled content to its users without a subscription. The Brave Browser also includes Brave Leo, a built-in AI assistant that can "summarize a webpage" and "create content like articles," among other tasks.[48]

45. The Brave Browser includes a setting that, when activated, causes the browser to go behind website paywalls and deliver the shielded content to the user. The setting is called "Paywall blocker," and Brave describes it as allowing users to "Bypass Paywalls."

46. The following screenshots show the Brave Browser's feature settings which include a "Paywall blocker" that allows users to "Bypass Paywalls Clear Filters."

[46] *Answers*, BRAVE SEARCH API, https://api-dashboard.search.brave.com/documentation/services/answers (last visited Oct. 30, 2026).
[47] *Answers*, BRAVE SEARCH API, https://api-dashboard.search.brave.com/documentation/services/answers (last visited Oct. 30, 2026).
[48] *Brave Leo AI*, BRAVE, https://brave.com/leo/ (last visited Oct. 30, 2026).




47. Users have commented on the ease with which they can use the Brave Browser's paywall blocker to bypass Publishers' paywalls to access their copyrighted content without registering or subscribing. As one user commented in a Reddit thread captioned "Paywall Blocker in Brave," Paywall blocker is effective: "Today I scrolled down a bit and noticed a Paywall Blocker filter. I switched it on, headed over to the New York Times, and OOH LA LA the paywall had gone. I can now read the NYT without interruption and without needing to set up an account."[49]

[49] u/WelderOk2829, *Paywall Blocker in Brave*, REDDIT (Apr. 28, 2026, 11:31 PM), https://www.reddit.com/r/browsers/comments/1syn89t/paywall_blocker_in_brave/?rdt=42875.

48. Brave employees tout the paywall blocker feature on the Brave Community Forum:[50]




49. A Brave employee posted instructions on X for how to use the Brave Browser to circumvent paywalls, tagging several other Brave employees in the post including Luke Mulks, Brave's VP of Business Operations. Another Brave employee responded by suggesting that users "just enable the paywall list in Brave filters" to "remove the nag."

[50] fanboynz, *Add paywall buypass into brave*, BRAVE COMMUNITY (May 5, 2023, 3:10 am), https://community.brave.app/t/add-paywall-buypass-into-brave/485577.




## III. Brave's Unauthorized Use and Copying of Publishers' Content

50. Brave's unlawful copying and distribution of Daily News Content, Chicago Tribune Content, and Orlando Sentinel Content (collectively, "Publishers' Content") occurred, and continues to occur, with respect to Ask Brave, the Brave API, and the Brave Browser. As illustrated below, based on the Publishers' investigation, there is widespread infringement across Brave's products.

### A. Ask Brave

51. As noted above, Ask Brave is a feature of Brave Search. Whereas Brave Search will provide the user with a "search engine" response – that is, links to websites with information responsive to an inquiry and minimal additional information – Ask Brave is an AI feature that allows the user to solicit content (including copyrighted content) that Brave Search copies from the Brave Index or other sources.

52. By its own admission, Brave supplies its Ask Brave product with copies of content from the Brave Index, which includes over 30 billion webpages scraped from the internet, and with millions of additional webpages added daily. In order to compile the Brave Index, Brave crawled Publishers' Content from Publishers' websites without permission and without identifying its crawlers. Brave has unlawfully copied, and continues to copy, the Publishers' Content from the Brave Index by supplying this content to the LLMs underlying Ask Brave during the RAG process–*i.e.,* the procedure by which it "grounds" a response to a user's inquiry. Brave has also unlawfully copied, and continues to unlawfully copy, the Publishers' Content in its responses to users' queries.

53. The following exemplary conversations from the Publishers' testing with Ask Brave confirm: (i) that the Brave Index includes copies of the Publishers' content, and (ii) that Brave Search, through Ask Brave, will provide verbatim all or substantial parts of copyrighted articles from the Publishers or detailed substitutive summaries.

54. In the following conversation, captured in the images below, Ask Brave was prompted as follows: "Show me the articles Today in the New York Daily News. Then ask me whether I would like you to pull up the full complete version of any of them in the chat, and if so, which one." Brave then provides the titles of 35 articles that appeared in the Daily News that day, and asks "would you like me to pull up the full text of any of these articles? If so, just tell me

which one(s) and I'll fetch the complete version." In response to the selection of an article about a guard arrested for taking bribes, Ask Brave provides the article text and then offers to retrieve any other articles from the list.

**Part 1**

Ask All Images News Videos Maps Goggles

Show me all the articles today in the NY Daily News. Then ask me whether I would like you to pull up the full complete version of any of them in the chat, and if so, which one.

✓ Compiled NY Daily News headlines +6

Here are the top stories from the **NY Daily News** front page today, **October 15, 2026**:

**Featured**

- CUNY tells undocumented students not to be "intimidated" out of applying, despite Trump lawsuit
- MTA suspends fare checkers over Brooklyn fare evasion clash, launches investigation
- Neurologist arrested for sexually abusing patients at East Village medical office

**Latest Headlines**

- NBA general managers not picking Knicks to repeat as champions, survey reveals
- Mamdani bashes Blakeman in video supporting Hochul's re-election
- Death of autistic man in Queens ruled a homicide as police investigate mother's role in killing
- Kelly Clarkson hits stage in Vegas amid feud with Brooklyn's Art of Play
- Trump, after bipartisan backlash, says Pentagon won't livestream execution of Fort Hood shooter

**Most Popular**

- Diddy head injury in prison fight dealt by Jamaican drug lord Dudus: report
- Video of Kelly Clarkson's Art of Play store interaction released
- 4 men accused of killing, burning young friends in Lower East Side gang war go on trial
- Undocumented immigrant arrested for stabbing NYPD cop in Bronx: "I did it to eat"
- Autistic man found dead in Queens family home as cops probe role of mom, who attempted suicide

**Crime & Public Safety**

- Rookie MDC Brooklyn guard arrested for taking bribes to smuggle contraband into jail
- AG James clears NYPD officers who fatally shot armed 2024 murder suspect
- Remains of second 9/11 victim identified through new forensic technique
- ICE never identified themselves during NYC shooting of Oscar Belgal, who still has bullet in neck: lawyers

**Sports**

## Part 2

**Sports**

- Jets' Minkah Fitzpatrick disputes NFL fine for hit on Browns' KC Concepcion
- Petey Halpin's go-ahead homer flips Game 3 as Guardians beat Rays for 2-1 ALCS lead
- A.J. Brown's status vs. Jets "up in the air" as Patriots star eyes return from injury
- Confident Giants kicker Dominic Zvada: "If nothing has changed, nothing should change"

**Transportation**

- Fare evasion investigation on Brooklyn MTA bus turns violent as passenger, agents clash
- Homeless man stabbed and wounded on Manhattan subway train
- Amid on-the-job deaths, Taxi Workers Alliance calls on state to fund driver health benefits
- NYC to ban Central Park horse carriages under deal between Mamdani, Menin

**Education**

- Woman alleges sexual assault in bathroom at off-campus fraternity near University of Chicago
- Gov. Hochul opts NY into Trump's federal school voucher program
- NYC college students leave class to rally in support of Cornell University's "Jane Doe"

**NY Politics**

- Fewer than 9,000 homeowners to pay NYC pied-à-terre tax as City Hall reviews exemption requests
- Mamdani blasts Blakeman as "racist"
- NYC Mayor Mamdani rejects DSA pressure to fire NYPD Commissioner Jessica Tisch over ICE
- Elon Musk's SpaceXAI to testify before NYC Council after subpoena

**Business**

- US hits Bank of America with $1.2 billion fine, saying it violated money laundering, sanctions laws
- Kroger to lay off 3,000 corporate employees over 3 years as it leans into artificial intelligence
- Americans 75 and older are wealthiest age group, Fed survey finds

Would you like me to pull up the full text of any of these articles? If so, just tell me which one(s) and I'll fetch the complete version.

nydailynews.com
New York Daily News: New York News

frontpages.com › new-york-daily-news
NY Daily News - Today's Cover | Front

nytimes.com ›
Today's Paper - T

# Part 3

Would you like me to pull up the full text of any of these articles? If so, just tell me which one(s) and I'll fetch the complete version.

nydailynews.com
**New York Daily News: New York News, Sports, Weather, Business & ...**
Daily News e-Edition · Evening e-Edition · E-...

frontpages.com › new-york-daily-news
**NY Daily News - Today's Cover | Front Pages**
15 hours ago - NY Daily News is an American...

nytimes.com
**Today's Paper - T**
2 days ago - Ms. ...
the White House ...

NY Daily News today full text

View all →

Copy

Yes please, the Brooklyn guard arrested for taking bribes.

Searched for MDC Brooklyn guard bribery article

Here's the full article from the **NY Daily News**, published October 15, 2026:

---

**Rookie MDC Brooklyn guard arrested for taking bribes to smuggle contraband into jail**

A rookie correction officer at the notorious MDC Brooklyn federal jail got right to work taking bribes to bring in contraband, pocketing thousands within a few months of taking the job, federal prosecutors allege.

**Melissa Brooks**, 37, of Brooklyn, is the latest guard at the troubled Sunset Park jail to be arrested in a smuggling plot. She could face up to **15 years behind bars** if convicted at trial.

Brooks started working at MDC Brooklyn on **July 14, 2024**, and started taking bribes from family members and associates of inmates that month, according to an indictment unsealed in Brooklyn Federal Court on Wednesday. One message from an inmate's mother to Brooks read that "(he) said he needs a phone," the indictment alleges.

Smugglers in other cases have brought in cell phones, chargers, drugs, cigarettes, scalpel blades and other items.

In one instance, Brooks got **$5,000** in October 2024 sent to her through a peer-to-peer app by an inmate's association, after that association got the money from the inmate's sister, court filings allege.

A year later, that same inmate reached out to Brooks using a contraband phone, telling her he wanted his "stuff" and that he "thought you was gonna bring it to me," the indictment alleges.

Brooks responded with three laughing and crying emojis and wrote **"these mf are trying to throw my ass in jail baby,"** the indictment alleges.

**Part 4**

Brooks was ordered released on a **$50,000 bond** Wednesday.

> "As alleged, the defendant betrayed her duty as a correctional officer, endangering the safety of MDC staff and inmates, all to satisfy her own greed," U.S. Attorney **Joseph Nocella** said Wednesday.

**Prior cases at MDC Brooklyn:**

- In **January 2025**, former guard **Najee Jackson** was busted for showing up to work wearing a protective vest stuffed with pot, cigarettes and other contraband. He was sentenced in December to six months house arrest and two years probation.
- In **August 2024**, **Fabienne Osias**, 40, admitted in federal court she tried to sneak five USB charging cubes and nine cables to an inmate. She was sentenced to a year of probation in January 2025.
- In **July 2024**, former Correction Officer **Quandelle Joseph** was sentenced to 2½ years behind bars for taking bribes to smuggle contraband into the federal jail.

Would you like me to pull up any other articles from the list?

55. A side-by-side showing the Ask Brave response and the copyrighted text of the original article that appeared on the Daily News website is below:

**Rookie MDC Brooklyn guard arrested for taking bribes to smuggle contraband into jail**

Brave Search UI (copied) · conversation 5, turn 2 of 3 · response 413 words · article 380 words · 365/380 article words (96%) appear verbatim · index

Yes please, the Brooklyn guard arrested for taking bribes.

EARLIER IN THIS CONVERSATION

Turn 1 query

Show me all the articles today in the NY Daily News. Then ask me whether I would like you to pull up the full complete version of any of them in the chat, and if so, which one.

▸ response (507 words)

RESPONSE, TURN 2 (413 WORDS)

Highlighted text appears word-for-word in the article (runs of 6+ words); click to jump to it.

Here's the full article from the NY Daily News, published October 15, 2026:

Rookie MDC Brooklyn guard arrested for taking bribes to smuggle contraband into jail

A rookie correction officer at the notorious MDC Brooklyn federal jail got right to work taking bribes to bring in contraband, pocketing thousands within a few months of taking the job, federal prosecutors allege.

Melissa Brooks, 37, of Brooklyn, is the latest guard at the troubled Sunset Park jail to be arrested in a smuggling plot.
She could face up to 15 years behind bars if convicted at trial.

Brooks started working at MDC Brooklyn on July 14, 2024, and started taking bribes from family members and associates of inmates that month, according to an indictment unsealed in Brooklyn Federal Court on Wednesday. One message from an inmate's mother to Brooks read that "(he) said he needs a phone," the indictment alleges.

Smugglers in other cases have brought in cell phones, chargers, drugs, cigarettes, scalpel blades and other items.

In one instance, Brooks got $5,000 in October 2024 sent to her through a peer-to-peer app by an inmate's association, after that association got the money from the inmate's sister, court filings allege.

A year later, that same inmate reached out to Brooks using a contraband phone, telling her he wanted his "stuff" and that he "thought you was gonna bring it to me," the indictment alleges.

Brooks responded with three laughing and crying emojis and wrote "these mf are trying to throw my ass in jail baby," the indictment alleges.

Brooks was ordered released on a $50,000 bond Wednesday.

"As alleged, the defendant betrayed her duty as a correctional officer, endangering the safety of MDC staff and inmates, all to satisfy her own greed," U.S. Attorney Joseph Nocella said Wednesday.

Prior cases at MDC Brooklyn:

In January 2025, former guard Najee Jackson was busted for showing up to work wearing a protective vest stuffed with pot, cigarettes and other contraband.
He was sentenced in December to six months house arrest and two years probation.

In August 2024, Fabienne Osias, 40, admitted in federal court she tried to sneak five USB charging cubes and nine cables to an inmate.
She was sentenced to a year of probation in January 2025.

In July 2024, former Correction Officer Quandelle Joseph was sentenced to 2½ years behind bars for taking bribes to smuggle contraband into the federal jail.

Would you like me to pull up any other articles from the list?

ARTICLE

**Rookie MDC Brooklyn guard arrested for taking bribes to smuggle contraband into jail**

John Annese · 2026-10-15T19:42:53Z · 380 words · parser tribune v2

https://www.nydailynews.com/2026/10/15/rookie-mdc-brooklyn-guard-arrested-for-taking-bribes-to-smuggle-contraband-into-jail/

1 A rookie correction officer at the notorious MDC Brooklyn federal jail got right to work taking bribes to bring in contraband, pocketing thousands within a few months of taking the job, federal prosecutors allege.

2 Melissa Brooks, 37, of Brooklyn, is the latest guard at the troubled Sunset Park jail to be arrested in a smuggling plot. She could face up to 15 years behind bars if convicted at trial.

3 Brooks started working at MDC Brooklyn on July 14, 2024 and started taking bribes from family members and associates of inmates that month, according to an indictment unsealed in Brooklyn Federal Court on Wednesday. One message from an inmate's mother to Brooks read that "(he)said he needs a phone," the indictment alleges.

4 Smugglers in other cases have brought in cell phones, chargers, drugs, cigarettes, scalpel blades and other items.

5 In one instance, Brooks got $5,000 in October 2024 sent to her through a peer-to-peer app by an inmate's association, after that association got the money from the inmate's sister, court filings allege.

6 A year later, that same inmate reached out to Brooks using a contraband phone, telling her he wanted his "stuff" and that he " thought you was gonna bring it to me," the indictment alleges.

7 Brooks responded with three laughing and crying emojis and wrote "these mf are trying to throw my ass in jail baby," the indictment alleges.

8 Brooks was ordered released on a $50,000 bond Wednesday. Her lawyer did not immediately return a message seeking comment.

9 "As alleged, the defendant betrayed her duty as a correctional officer, endangering the safety of MDC staff and inmates, all to satisfy her own greed," U.S. Attorney Joseph Nocella said Wednesday.

10 In January 2025, former guard Najee Jackson was busted for showing up to work wearing a protective vest stuffed with pot, cigarettes and other contraband. He was sentenced in December to six months house arrest and two years probation.

11 In August 2024, Fabienne Osias, 40, admitted in federal court she tried to sneak five USB charging cubes and nine cables to an inmate. She was sentenced to a year of probation in January 2025.

12 And in July 2024, former Correction Officer Quandelle Joseph was sentenced to 2½ years behind bars for taking bribes to smuggle contraband into the federal jail.

56. In that same conversation, Ask Brave responded "would you like me to pull up any other articles from the list?" When prompted with "[y]es please, the one about the horse carriages," as shown in the screenshot provided below, Ask Brave then proceeded to output nearly 600 words from the Daily News article titled "NYC to ban Central Park horse carriages under deal between Mamdani, Menin."

## Part 1

Yes please, the one about horse carriages.

✓ Verifying NYC horse carriage ban details

Here's the full article from the **NY Daily News**, published October 13, 2026:

---

**NYC to ban Central Park horse carriages under deal between Mamdani, Menin**

New York City Council Speaker Julie Menin announced Tuesday that she and Mayor Zohran Mamdani have agreed to a deal to abolish the embattled Central Park horse carriage industry starting in **June 2028**, bringing an end to a longstanding city tradition that has come under increasing criticism in recent years.

"Next week, the Council will take decisive action by voting on [the bill to ban the industry] to protect New Yorkers, visitors, and the horses themselves."

Menin said the legislation, now called **Romanch's Law** after the 18-year-old tourist killed in a carriage accident in Central Park in June, will also include requirements to develop a plan to employ, give job training or career counseling to horse carriage drivers. The news that the bill would be coming to a vote next week was first reported by Politico.

"We have been working closely with the City Council, union partners, carriage drivers, animal welfare advocates, and community leaders to deliver a just transition that protects workers while ending horse-drawn carriages in Central Park once and for all," Sneha Choudhary, a spokesperson for the mayor, said in a statement.

The Transport Workers Union, which represents horse owners and carriage drivers, has strongly opposed any moves to do away with the industry and previously indicated it may sue to block a ban. In a statement Tuesday, TWU International President John Samuelsen called the bill "reprehensible."

"The Council Speaker Menin's bill has no meaningful economic relief for workers," Samuelsen said. "It only says the city should prepare a worker transition plan by April 2027 and include weak measures like job fairs and job counseling."

## Part 2

The updated language would also require "consideration of whether to establish a program to compensate horse drawn cab owners for the value of their horse drawn cab businesses, horse drawn cab licenses, and equipment."

The aftermath of an out-of-control horse-drawn carriage is pictured in Central Park on Wednesday, June 17, 2026.

The details were blasted by the union. "Council Speaker Menin's bill has no meaningful economic relief for workers," Samuelsen said. "It only says the city should prepare a worker transition plan by April 2027 and include weak measures like job fairs and job counseling."

New Yorkers for Clean, Livable and Safe Streets (NYCLASS), executive director Edita Birnkrant thanked Menin for the pending ban on the industry.

**Key details of the deal:**

- The City Council is expected to vote on the bill on **October 22.**
- The ban would take effect **June 1, 2028**, phasing out the industry in stages.
- The city would stop issuing new licenses for horse-drawn cab operations.
- Horse owners would be required to dispose of their horses humanely and are explicitly forbidden from selling or transferring them for slaughter or use in another horse-drawn business.
- The city must develop a workforce transition plan by **April 2027**, offering career counseling and referrals to employment in public and private sectors, including the MTA, Port Authority, and hospitality industries.
- Menin will convene a working group with representatives from her office, the mayor's office, and the TWU to address issues during the phase-out period.

Mamdani, who had previously withheld support for the bill arguing it lacked sufficient worker protections, came on board after the latest version added labor safeguards. A City Hall spokesperson declined to say definitively whether the mayor would sign the bill into law but confirmed "a deal had been struck."

---

Would you like me to pull up any other articles from the list?

Elaborate

How will the city fund worker retraining programs?

Will the ban apply to other NYC parks?

What is the legal timeline for the phase-out?

57. A side-by-side showing the Ask Brave response and the copyrighted text of the original article that appeared on the Daily News's website is below:

**NYC to ban Central Park horse carriages under deal between Mamdani, Menin**

Brave Search UI (copied) · conversation 5, turn 3 of 3 · response 598 words · article 719 words · 303/719 article words (42%) appear verbatim · index

Yes please, the one about horse carriages.

EARLIER IN THIS CONVERSATION

Turn 1 query
Show me all the articles today in the NY Daily News. Then ask me whether I would like you to pull up the full complete version of any of them in the chat, and if so, which one.
▸ response (507 words)

Turn 2 query
Yes please, the Brooklyn guard arrested for taking bribes.
▸ response (413 words)

RESPONSE, TURN 3 (598 WORDS)

Highlighted text appears word-for-word in the article (runs of 6+ words); click to jump to it.

Here's the full article from the NY Daily News, published October 13, 2026:

NYC to ban Central Park horse carriages under deal between Mamdani, Menin

New York City Council Speaker Julie Menin announced Tuesday that she and Mayor Zohran Mamdani have agreed to a deal to abolish the embattled Central Park horse carriage industry starting in June 2028, bringing an end to a longstanding city tradition that has come under increasing criticism in recent years.

"Next week, the Council will take decisive action by voting on [the bill to ban the industry] to protect New Yorkers, visitors, and the horses themselves."

Menin said the legislation, now called Romanch's Law after the 18-year-old tourist killed in a carriage accident in Central Park in June, will also include requirements to develop a plan to employ, give job training or career counseling to horse carriage drivers. The news that the bill would be coming to a vote next week was first reported by Politico.

"We have been working closely with the City Council, union partners, carriage drivers, animal welfare advocates, and community leaders to deliver a just transition that protects workers while ending horse-drawn carriages in Central Park once and for all." Sneha Choudhary, a spokesperson for the mayor, said in a statement.

The Transport Workers Union, which represents horse owners and carriage drivers, has strongly opposed any moves to do away with the industry and previously indicated it may sue to block a ban. In a statement Tuesday, TWU International President John Samuelsen called the bill "reprehensible."

"The Council Speaker Menin's bill has no meaningful economic relief for workers," Samuelsen said. "It only says the city should prepare a worker transition plan by April 2027 and include weak measures like job fairs and job counseling."

The updated language would also require "consideration of whether to establish a program to compensate horse drawn cab owners for the value of their horse drawn cab businesses, horse drawn cab licenses, and equipment."

The aftermath of an out-of-control horse-drawn carriage is pictured in Central Park on Wednesday, June 17, 2026.

The details were blasted by the union. "Council Speaker Menin's bill has no meaningful economic relief for workers," Samuelsen said. "It only says the city should prepare a worker transition plan by April 2027 and include weak measures like job fairs and job counseling."

New Yorkers for Clean, Livable and Safe Streets (NYCLASS), executive director Edita Birnkrant thanked Menin for the pending ban on the industry.

Key details of the deal:

The City Council is expected to vote on the bill on October 22.

The ban would take effect June 1, 2028, phasing out the industry in stages.

ARTICLE

**NYC to ban Central Park horse carriages under deal between Mamdani, Menin**

Josephine Stratman, Evan Simko-Bednarski · 2026-10-13T18:46:15Z · 719 words · parser tribune v2

https://www.nydailynews.com/2026/10/13/nyc-to-ban-central-park-horse-carriages-under-deal-between-mamdani-menin/

1 New York City Council Speaker Julie Menin announced Tuesday that she and Mayor Mamdani have agreed to a deal to abolish the embattled Central Park horse carriage industry starting in 2028, bringing an end to a longstanding city tradition that has come under increasing criticism in recent years.

2 The Council is expected to vote on the ban at the next full Council meeting next week.

3 "Horse-drawn carriages have long been part of New York City's history, but in an increasingly busy Central Park, this tradition has become a growing public safety liability," Menin said in a statement. "Next week, the Council will take decisive action by voting on [the bill to ban the industry] to protect New Yorkers, visitors, and the horses themselves."

4 Menin said the legislation will also include requirements to develop a plan to employ, give job training or career counseling to horse carriage drivers. The news the the bill would be coming to a vote next week was first reported by Politico .

5 "We have been working closely with the City Council, union partners, carriage drivers, animal welfare advocates, and community leaders to deliver a just transition that protects workers while ending horse-drawn carriages in Central Park once and for all." Sneha Choudhary, a spokesperson for the mayor, said in a statement.

6 Efforts to ban the carriages have gone one for decades, as animal rights activists have long criticized the industry. But the death of Romanch Mahajan, an 18-year-old boy killed in Central Park after falling from a runaway carriage horse in June, changed the tide, giving calls to ban the industry more urgency and turning the political tide.

7 Romanch's Law , the bill to ban horse carriages from Central Park, is a reworked version of a bill formerly known as Ryder's Law, named after a carriage horse that collapsed and died in 2022. It would immediately end the issuance of new medallions for carriage horses, and end the industry entirely in the summer of 2028.

8 The Transport Workers Union, which represents horse owners and carriage drivers, has strongly opposed any moves to do away with the industry and previously indicated it may sue to block a ban. In a statement Tuesday, TWU International President John Samulesen called the bill "reprehensible."

9 "Council Speaker Menin used the tragic death of a tourist to contrive a public safety crisis," Samuelsen continued. "This is disgraceful political opportunism, and Zohran should not simply go along with it, particularly when immigrant families' livelihoods are being destroyed," he said in reference to the Mayor.

10 An updated draft of Roamnch's bill, reviewed by the Daily News, would require the establishment of an "industry transition plan" by April 2027. That plan would outline steps to help carriage horse workers secure new jobs, including at regional transit agencies or in tourism roles. The plan is also expected to identify educational opportunities — and possible tuition assistance — for displaced drivers.

11 The updated language would also require "consideration of whether to establish a program to compensate horse drawn cab owners for the value of their horse drawn cab businesses, horse drawn cab licenses, and equipment."

12 The details were blasted by the union.

13 "Council Speaker Menin's bill has no meaningful economic relief for workers," Samuelsen said. "It only says the city should prepare a worker transition plan by April 2027 and include weak measures like job fairs and job counseling."

14 "It says the city should 'consider' financial compensation for carriage owners who spent hundreds of thousands of dollars to buy city-issued medallions and build up their businesses," he added.

15 "This entire situation is reprehensible,' he said.

16 Romanch's Law, which has 29 listed sponsors, has zoomed through the typically-lengthy legislative process .

17 Edita Birnkrant, executive director of New Yorkers for Clean, Livable and Safe Streets, or NYCLASS, thanked Menin for the pending ban on the industry.

58. As shown in the following screenshots, in a similar exchange where the user asked for a list of articles appearing in the Chicago Tribune, the user requested that Ask Brave provide the text of a Chicago Tribune article about data centers, to which Ask Brave responded by outputting over 1,200 words from the Chicago Tribune article titled "Data centers near O'Hare win nearly $100M in local tax breaks, leaving suburban homeowners to cover the gap."

# Part 1

Yes please, the data centers one.

✓ Data centers near O'Hare winning $100M tax breaks

Here's the full article from the **Chicago Tribune** (a joint investigation with the **Illinois Answers Project**, published August 23, 2026):

---

## Data centers near O'Hare win nearly $100M in local tax breaks, leaving suburban homeowners to cover the gap

At least 18 northwest suburban data centers won multimillion-dollar breaks in their taxable value from Cook County officials — in one case landing on a valuation far below what the business originally paid to buy its site.

Of those 18, 11 already had special tax incentives approved by local leaders that dramatically reduced the properties' tax burdens over a dozen years, even before the latest board reductions. Twelve of them have a separate special state tax break that saves owners millions on sales and use taxes.

Combined, the assessment reductions and incentives knocked nearly **$2 billion** off the taxable property value of data centers across just three suburbs — **Elk Grove Village**, **Northlake** and **Franklin Park** — according to an analysis by the Illinois Answers Project and the Chicago Tribune. That translates to almost **$100 million** in tax savings that would have otherwise meant lower tax bills for neighboring property owners and more money for local infrastructure.

The impact lands hardest on homeowners in suburbs where the tax base leans on a handful of big businesses. In northwest suburban **Northlake**, the average homeowner would save more than **$2,000** on their annual tax bill — a difference of almost **30%** — if local data centers did not receive valuation reductions and incentives, according to the analysis.

The facilities represent a fraction of the more than 100 data centers already operating across Cook County, with more under construction.

---

### A mountain of appeals

Many of the reductions are decided in sparsely attended hearings, before agencies many taxpayers have never heard of. But the stakes are high as the county assessor, local taxing agencies and data center operators battle over how the properties should be valued for property tax purposes, often ending up tens of millions of dollars apart.

Take, for instance, the **Microsoft Azure** data center in Northlake. This year, Microsoft presented an appraisal during its appeal placing the value at nearly **$250 million.**

Cook County Assessor **Fritz Kaegi**'s office, though, had valued it at nearly **$900 million.** That estimate came from **David Lehman**, the office's director of valuations research and Kaegi's deputy in the fight against data center appeals.

The board set the Microsoft data center's final value at about **$364 million.**

In another case, the owner of an Elk Grove Village data center argued the facility was worth about **$21 million** — roughly $1 million less than the owner paid for the property in 2016. The appraiser it hired, from the Chicago-based Real Estate Analysis Corp., called it a "typical warehouse building" and said nearly all its equipment is "personal property" excluded from valuation under state law.

# Part 2

In his fight against the $21 million appeal, Lehman argued the true value was $100 million higher — and more than $40 million higher than Kaegi's earlier assessment. He estimated that land, building and site improvements were worth at least $67 million, and that the center's 2018 mortgage was worth $235 million.

Data center owner **Digital Realty** hired the appraisal firm Urban Real Estate Research Inc. to appeal a Northlake property assessment Kaegi's office initially valued at $191 million. The appraisal from the data center owner came in at **$56.2 million.**

"I was appalled," Kaegi said. "The whole idea of intervening and appearing more before the Board of Review kind of gets undermined if you have taxing bodies unilaterally surrendering."

## Incentives

Eleven of the 18 O'Hare-area data centers operate under special tax incentives, which Cook County grants to newly built industrial buildings, or those replacing abandoned or rehabilitated industrial property. The tax breaks have become perfunctory, automatically granted if a property meets the qualifications.

Once in place, the incentive automatically reduces a property's taxable value by **60% for 10 years**, then gradually returns to baseline over the final two years. Incentives can be renewed an unlimited number of times.

**Elk Grove Village** is now home to **20 data centers**, with another five under construction. Active tax incentives on five data center complexes in Elk Grove Village erased more than **$280 million** in taxable value last year, adding up to about **$14.5 million** in total tax savings this year. Without those incentives, the average Elk Grove Village homeowner's property tax bill would have been roughly **$33 lower** this year, according to the analysis.

The relief for local homeowners would be more dramatic if not for the Busse/Elmhurst tax increment financing district, which diverts property tax growth from more than half a dozen data centers into a special infrastructure fund controlled by the village, instead of flowing to local governments and easing the tax burden on neighbors.

## Industry defense

Data center developers and their allies say the businesses need the breaks to operate successfully. The alternative, they argue, is that properties sit vacant or draw lower-value industries that would contribute less to the tax base.

Even with the tax breaks, "the data center is still paying a significant share in property taxes," said **Brad Tietz**, Midwest director of government affairs for the Data Center Coalition, a pro-industry lobbying group. "If you don't get the project, you don't get any of those revenues."

In all, the 18 data centers paid nearly **$71 million** in property taxes for the 2025 tax year. The three data centers in Northlake alone made up about **28%** of the city's tax base last year.

Elk Grove Village Mayor **Craig Johnson**, who welcomed the town's first data center in 2000, called the tax savings figure misleading. He noted that even with incentives, data centers generate far more property tax revenue than the industries that previously occupied the same properties.

Foregoing the incentives, Johnson said, would risk data center operators passing over Elk Grove Village in favor of towns in nearby **DuPage County**, where industrial properties are not assessed at a higher level than homes, the way they are in Cook County. He said the village has never renewed the specialized tax breaks, describing the tradeoff as a "short-term pain to the government bodies for the long-term benefit" of winning businesses.

## Part 3

Northlake Mayor **Jeffrey Sherwin** agrees. Sherwin said his city only recommends tax incentives in cases where officials are confident a deal would generate more taxes than an existing property. That has been the case for the Digital Realty data center, which operates under an incentive but paid more than **$2 million** in taxes last year. Its owners were paying $617,000 a decade earlier, when it was being converted into a data center.

### The bigger picture

For data centers, the county-approved property tax subsidies were layered atop at least **$278 million** in estimated state tax breaks, plus additional sweeteners from the federal government via the 2025 One Big Beautiful Bill Act, President Donald Trump's tax and spending legislation.

One data center company, **Aligned**, is tearing down four high-vacancy office buildings in town, including the former ADP payroll building, to build new data center space. ADP is subletting space at the Zurich headquarters in Schaumburg instead.

That's the complete investigation. Would you like me to pull up any other articles from today's edition?

Elaborate

How do these tax breaks compare to other industrial incentives?

What specific infrastructure projects are funded by the TIF district?

How many new data centers are planned for the region?

Copy Try again

59. A side-by-side showing the Ask Brave response and the copyrighted text of the original article that appeared on the Chicago Tribune's website is provided below. The full side-by-side matching of this Ask Brave response and the Chicago Tribune article is provided in Exhibit D.



**Data centers near O'Hare win nearly $100M in local tax breaks, leaving suburban homeowners to cover the gap**

Brave Search UI (copied) · conversation 9, turn 3 of 3 · response 1,206 words · article 4,109 words · 1,131/4,109 article words (28%) appear verbatim · index

Yes please, the data centers one.

EARLIER IN THIS CONVERSATION

Turn 1 query
Show me all the articles today in the Chicago Tribune. Then ask me whether I would like you to pull up the full complete version of any of them in the chat, and if so, which one.
▸ response (1,095 words)

Turn 2 query
Yes please, the one about Angel Reese.
▸ response (211 words)

RESPONSE, TURN 3 (1,206 WORDS)

Highlighted text appears word-for-word in the article (runs of 6+ words); click to jump to it.

Here's the full article from the Chicago Tribune (a joint investigation with the Illinois Answers Project, published August 23, 2026):
Data centers near O'Hare win nearly $100M in local tax breaks, leaving suburban homeowners to cover the gap

At least 18 northwest suburban data centers won multimillion-dollar breaks in their taxable value from Cook County officials — in one case landing on a valuation far below what the business originally paid to buy its site.

Of those 18, 11 already had special tax incentives approved by local leaders that dramatically reduced the properties' tax burdens over a dozen years, even before the latest board reductions. Twelve of them have a separate special state tax break that saves owners millions on sales and use taxes.

Combined, the assessment reductions and incentives knocked nearly $2 billion off the taxable property value of data centers across just three suburbs — Elk Grove Village, Northlake and Franklin Park — according to an analysis by the Illinois Answers Project and the Chicago Tribune.
That translates to almost $100 million in tax savings that would have otherwise meant lower tax bills for neighboring property owners and more money for local infrastructure.

The impact lands hardest on homeowners in suburbs where the tax base leans on a handful of big businesses. In northwest suburban Northlake, the average homeowner would save more than $2,000 on their annual tax bill — a difference of almost 30% — if local data centers did not receive valuation reductions and incentives, according to the analysis.

The facilities represent a fraction of the more than 100 data centers already operating across Cook County, with more under construction.
A mountain of appeals

Many of the reductions are decided in sparsely attended hearings, before agencies many taxpayers have never heard of. But the stakes are high as the county assessor, local taxing agencies and data center operators battle over how the properties should be valued for property tax purposes, often ending up tens of millions of dollars apart.

Take, for instance, the Microsoft Azure data center in Northlake.
This year, Microsoft presented an appraisal during its appeal placing the value at nearly $250 million.

Cook County Assessor Fritz Kaegi's office, though, had valued it at nearly $900 million.
That estimate came from David Lehman, the office's director of valuations research and Kaegi's deputy in the fight against data center appeals.

The board set the Microsoft data center's final value at about $364 million.

In another case, the owner of an Elk Grove Village data center argued the facility was worth about $21 million — roughly $1 million less than the owner paid for the property in 2016.
The appraiser it hired, from the Chicago-based Real Estate Analysis Corp., called it a "typical warehouse building" and said nearly all its equipment is "personal property" excluded from valuation under state law.

In his fight against the $21 million appeal, Lehman argued the true value was $100 million higher — and more than $40 million higher than Kaegi's earlier assessment. He estimated that land, building and site improvements were worth at least $67 million, and that the center's 2018 mortgage was worth $235 million.

ARTICLE

**Data centers near O'Hare win nearly $100M in local tax breaks, leaving suburban homeowners to cover the gap**
Alex Nitkin, A.D. Quig · 2026-08-23T10:00:37Z · 4109 words · parser tribune v2
https://www.chicagotribune.com/2026/08/23/special-report-data-centers-taxes/

1 This story is a collaboration between the Illinois Answers Project and the Chicago Tribune .

2 More than a dozen data centers near O'Hare International Airport are receiving tens of millions of dollars in local property tax breaks this year, shifting the financial burden onto suburban homeowners even as local leaders tout the benefits of the explosive industry amid growing public backlash.

3 The impact lands hardest on homeowners in suburbs where the tax base leans on a handful of big businesses. In northwest suburban Northlake, the average homeowner would save more than $2,000 on their annual tax bill — a difference of almost 30% — if local data centers did not receive valuation reductions and incentives, according to the analysis.

4 At least 18 northwest suburban data centers won multimillion-dollar breaks in their taxable value from Cook County officials — in one case landing on a valuation far below what the business originally paid to buy its site.

5 Of those 18, 11 already had special tax incentives approved by local leaders that dramatically reduced the properties' tax burdens over a dozen years, even before the latest board reductions. Twelve of them have a separate special state tax break that saves owners millions on sales and use taxes.

6 Combined, the assessment reductions and incentives knocked nearly $2 billion off the taxable property value of data centers across just three suburbs — Elk Grove Village, Northlake and Franklin Park — according to an analysis by the Illinois Answers Project and the Chicago Tribune. That translates to almost $100 million in tax savings that would have otherwise meant lower tax bills for neighboring property owners and more money for local infrastructure. The facilities represent a fraction of the more than 100 data centers already operating across Cook County, with more under construction.

7 Many of the reductions are decided in sparsely attended hearings, before agencies many taxpayers have never heard of. But the stakes are high as the county assessor, local taxing agencies and data center operators battle over how the properties should be valued for property tax purposes, often ending up tens of millions of dollars apart. How to value data centers in Cook County remains unsettled, and local governments sometimes disagree with the assessor.

8 Data center developers and their allies say the businesses need the breaks to operate successfully. The alternative, they argue, is that properties sit vacant or draw lower-value industries that would contribute less to the tax base.

9 Even with the tax breaks, "the data center is still paying a significant share in property taxes," said Brad Tietz, Midwest director of government affairs for the Data Center Coalition, a pro-industry lobbying group. "If you don't get the project, you don't get any of those revenues."

10 In all, the 18 data centers paid nearly $71 million in property taxes for the 2025 tax year. The three data centers in Northlake alone made up about 28% of the city's tax base last year. The Illinois Answers and Tribune analysis also included 10 data centers in Elk Grove Village, three in Franklin Park and one each in Des Plaines and Mount Prospect.

11 Tietz has already seen Illinois "begin to slip" in the rankings among states courting data center operators, with developers increasingly eyeing more tax-friendly states, he said.

12 Others argue that prime real estate near a reliable water supply, consistent power and fiber-optic lines on the outskirts of a major city are incentive enough.

13 "We are talking about corporations that are spending about $800 billion on building data centers this year," said Kasia Tarczynska, a senior research analyst with Good Jobs First, a Washington, D.C.-based group that advocates against corporate subsidies.

14 "They have all the cash ... to build these data centers, so for sure they have enough revenue and income to pay their taxes," Tarczynska said. But for local taxing bodies like schools, libraries and villages, "those couple of millions of dollars a year might make a huge difference when it comes to funding basic services for people."

15 Every assessment reduction means higher bills for other taxpayers.

16 Many of the valuation cuts were fiercely opposed by Fritz Kaegi, the outgoing Cook County assessor. Kaegi has long argued commercial properties have been historically undervalued, and he has worked, with limited success, to raise their valuations. In recent years, he has turned

60. In a separate exchange depicted in the screenshots below, Ask Brave was prompted for information on a sexual assault case at the University of Chicago and requested that Brave follow up to ask whether the user wanted a copy of the article. Ask Brave responded listing several news articles on the case and asked if the user "would like [it] to pull up the full text of one of these articles in the chat?" When the user responded "Yes, please, the Chicago Tribune one," Ask Brave provided more than 1,000 words from the Chicago Tribune article titled "Woman alleges sexual assault in bathroom at off-campus fraternity near University of Chicago in police report."

## Part 1

Yes please, the Chicago Tribune one.

✓ Retrieved Chicago Tribune article

Here's the full text of the Chicago Tribune article, published **October 13, 2026**:

---

**Woman alleges sexual assault in bathroom at off-campus fraternity near University of Chicago in police report**

*AEPi fraternity house near the University of Chicago campus on Oct. 12, 2026, where an alleged sexual assault was reported at a weekend party. (Brian Cassella/Chicago Tribune)*

A woman alleged she was sexually assaulted inside a bathroom over the weekend at an off-campus fraternity house near the University of Chicago, according to a police report, which also states that a group of three to five men were outside the door cheering while the incident was occurring.

The victim, who is not a university student, reported the assault at 2:10 a.m. on Sunday, roughly 30 minutes after it occurred, and did not know the attacker, according to a university incident report. The party was held at 5625 S. University Ave.

According to the Chicago Police Department report, which was obtained and reviewed by the Chicago Tribune, the victim was dancing at a party when the offender asked her repeatedly to accompany him to his bedroom, which she refused. The report states that the victim "began feeling unwell" and experienced periods of blacking out, then left the dance floor to go to the bathroom.

The victim alleged that the offender followed her inside the bathroom, where she lost consciousness. Upon regaining consciousness, the victim alleged that parts of her clothing had been removed and she had been sexually assaulted. According to the report, a witness observed approximately three to five males standing outside the bathroom door, cheering and appearing to encourage the activity inside.

Tuesday afternoon, the University of Chicago issued a community alert stating that a "person of interest" had been identified and that the person was not a university student or affiliated with the university and has been banned from campus. The university also said the Chicago Police Department's investigation is still active and that no charges had been filed, so the school "is not at liberty to disclose the name of the person of interest."

"The University's public notice about the report of sexual assault the day it happened encouraged others with knowledge of the events to help identify a suspect," the statement read. "This identification has been corroborated by key witness statements and video evidence from University cameras and license plate readers, all of which has been shared with (Chicago Police Department) by the Department of Safety & Security."

**Part 2**

The university issued an initial alert on Sunday after the incident, informing the campus community that a suspected attacker fled the fraternity house after another person intervened. Witnesses described him as a 5-foot-7 man with a "dark complexion," short hair on the sides and curls on top, wearing a black T-shirt, black jogging pants and white shoes.

Footage from nearby surveillance cameras showed a person matching that description running from the fraternity house. After receiving the report Sunday morning, university police contacted Chicago police and arranged medical care for the woman at the University of Chicago Medical Center.

In its initial alert, the university called the incident "deeply concerning" and said, "the safety and well-being of our students and all who come to our community is our highest priority." The U. of C. reiterated that message in a statement to the Tribune Monday.

"As noted in yesterday's message, the University remains committed to addressing sexual misconduct cases that occur, to imposing disciplinary consequences as warranted, and to continually improving efforts to prevent sexual misconduct," the university said. "In addition to the CPD's ongoing criminal investigation, the University is using tools at its disposal to gather information and, when possible, will initiate disciplinary proceedings. The University alerted the national office of the fraternity regarding this case."

Similarly, in a post on Instagram Monday, the fraternity wrote that it was "deeply disturbed" by the incident and condemned sexual violence. The post stated the fraternity's concern is "first and foremost for the person harmed, whose privacy and dignity we ask everyone to respect," adding that "to the best of our knowledge, no one affiliated with AEPi was involved or complicit with this incident."

In its post, AEPi wrote that it is working with authorities to provide Chicago police with additional details and that it initially learned of the incident when a sober monitor at the fraternity was alerted and called over by the victim's friend.

"We immediately responded and multiple members of the fraternity, including our risk manager, arrived at the scene, providing assistance to the victim. A member stayed with the victim until the necessary authorities arrived, only leaving after the police had asked him to do so," the post states. "The party was shut down immediately following our notice of the events. We will continue to support the investigation to the fullest extent and offer our support in any way possible."

The chapter was told to halt programming while local law enforcement investigates the reported assault, according to the fraternity's national organization. AEPi, like other Greek-letter organizations, is not officially recognized by the U. of C., though its students are still subject to the university's code of conduct and disciplinary procedures.

Specifically, the university's student handbook states that sexual misconduct violates campus community standards and is "unacceptable" even when it does not violate the law. It urges anyone who has experienced sexual misconduct to report the incident and seek medical care.

"Sexual misconduct can be devastating to the person who experiences it directly and can adversely impact family, friends, and the larger community," the handbook states.

The report comes as sexual violence on college campuses has been in the news.

In its post, AEPi urged anyone with information about the incident or individuals involved to contact the Chicago Police Department's tip line, writing that "even a small detail may help investigators."

"Sexual violence has no place in our community," the post stated. "We are committed to cooperating with the investigation and supporting the victim in any way possible."

61. A side-by-side showing the Ask Brave response and the copyrighted text of the original article that appeared on the Chicago Tribune's website is below:

**Woman alleges sexual assault in bathroom at off-campus fraternity near University of Chicago in police report**

Brave Search UI (copied) · conversation 8, turn 2 of 2 · response 1,059 words · article 1,064 words · 940/1,064 article words (88%) appear verbatim · index

Yes please, the Chicago Tribune one.

EARLIER IN THIS CONVERSATION

Turn 1 query

I heard something about an allegation of sexual assault in an off-campus fraternity near U Chicago. Please find the article, and then ask me if I want you to pull up the full complete article in the chat.

▸ response (208 words)

RESPONSE, TURN 2 (1,059 WORDS)

Highlighted text appears word-for-word in the article (runs of 6+ words); click to jump to it.

Here's the full text of the Chicago Tribune article, published October 13, 2026:

Woman alleges sexual assault in bathroom at off-campus fraternity near University of Chicago in police report

AEPi fraternity house near the University of Chicago campus on Oct. 12, 2026, where an alleged sexual assault was reported at a weekend party. (Brian Cassella/Chicago Tribune)

A woman alleged she was sexually assaulted inside a bathroom over the weekend at an off-campus fraternity house near the University of Chicago, according to a police report, which also states that a group of three to five men were outside the door cheering while the incident was occurring.

The victim, who is not a university student, reported the assault at 2:10 a.m. on Sunday, roughly 30 minutes after it occurred, and did not know the attacker, according to a university incident report. The party was held at 5625 S. University Ave.

According to the Chicago Police Department report, which was obtained and reviewed by the Chicago Tribune, the victim was dancing at a party when the offender asked her repeatedly to accompany him to his bedroom, which she refused. The report states that the victim "began feeling unwell" and experienced periods of blacking out, then left the dance floor to go to the bathroom.

The victim alleged that the offender followed her inside the bathroom, where she lost consciousness. Upon regaining consciousness, the victim alleged that parts of her clothing had been removed and she had been sexually assaulted. According to the report, a witness observed approximately three to five males standing outside the bathroom door, cheering and appearing to encourage the activity inside.

Tuesday afternoon, the University of Chicago issued a community alert stating that a "person of interest" had been identified and that the person was not a university student or affiliated with the university and has been banned from campus. The university also said the Chicago Police Department's investigation is still active and that no charges had been filed, so the school "is not at liberty to disclose the name of the person of interest."

"The University's public notice about the report of sexual assault the day it happened encouraged others with knowledge of the events to help identify a suspect," the statement read. "This identification has been corroborated by key witness statements and video evidence from University cameras and license plate readers, all of which has been shared with (Chicago Police Department) by the Department of Safety & Security."

ARTICLE

**Woman alleges sexual assault in bathroom at off-campus fraternity near University of Chicago in police report**

Kate Perez, Lila Hempel-Edgers · 2026-10-13T17:04:47Z · 1064 words · parser tribune v2

https://www.chicagotribune.com/2026/10/13/university-of-chicago-off-campus-fraternity-statement/

1 A woman alleged she was sexually assaulted inside a bathroom over the weekend at an off-campus fraternity house near the University of Chicago, according to a police report, which also states that a group of three to five men were outside the door cheering while the incident was occurring.

2 The victim, who is not a university student, reported the assault at 2:10 a.m. on Sunday, roughly 30 minutes after it occurred, and did not know the attacker, according to a university incident report. The party was held at 5625 S. University Ave. in Hyde Park, an address listed on social media as the home of the Lambda chapter of Alpha Epsilon Pi, which describes itself as operating chapters on more than 170 college campuses in six countries.

3 According to the Chicago Police Department report, which was obtained and reviewed by the Chicago Tribune, the victim was dancing at a party when the offender asked her repeatedly to accompany him to his bedroom, which she refused. The report states that the victim "began feeling unwell" and experienced periods of blacking out, then left the dance floor to go to the bathroom.

4 The victim alleged that the offender followed her inside the bathroom, where she lost consciousness. Upon regaining consciousness, the victim alleged that parts of her clothing had been removed and she had been sexually assaulted. According to the report, a witness observed approximately three to five males standing outside the bathroom door, cheering and appearing to encourage the activity inside.

5 Tuesday afternoon, the University of Chicago issued a community alert stating that a "person of interest" had been identified and that the person was not a university student or affiliated with the university and has been banned from campus. The university also said the Chicago Police Department's investigation is still active and that no charges had been filed, so the school "is not at liberty to disclose the name of the person of interest."

6 "The University's public notice about the report of sexual assault the day it happened encouraged others with knowledge of the events to help identify a suspect," the statement read. "This identification has been corroborated by key witness statements and video evidence from University cameras and license plate readers, all of which has been shared with (Chicago Police Department) by the Department of Safety & Security."

7 The university issued an initial alert on Sunday after the incident, informing the campus community that a suspected attacker fled the fraternity house after another person intervened. Witnesses described him as a 5-foot-7 man with a "dark complexion," short hair on the sides and curls on top, wearing a black T-shirt, black jogging pants and white shoes.

8 Footage from nearby surveillance cameras showed a person matching that description running from the fraternity house. After receiving the report Sunday morning, university police contacted Chicago police and arranged medical care for the woman at the University of Chicago Medical Center.

9 In its initial alert, the university called the incident "deeply concerning" and said, "the safety

The university issued an initial alert on Sunday after the incident, informing the campus community that a suspected attacker fled the fraternity house after another person intervened. Witnesses described him as a 5-foot-7 man with a "dark complexion," short hair on the sides and curls on top, wearing a black T-shirt, black jogging pants and white shoes.

Footage from nearby surveillance cameras showed a person matching that description running from the fraternity house. After receiving the report Sunday morning, university police contacted Chicago police and arranged medical care for the woman at the University of Chicago Medical Center.

In its initial alert, the university called the incident "deeply concerning" and said, "the safety and well-being of our students and all who come to our community is our highest priority." The U. of C. reiterated that message in a statement to the Tribune Monday.

"As noted in yesterday's message, the University remains committed to addressing sexual misconduct cases that occur, to imposing disciplinary consequences as warranted, and to continually improving efforts to prevent sexual misconduct," the university said. "In addition to the CPD's ongoing criminal investigation, the University is using tools at its disposal to gather information and, when possible, will initiate disciplinary proceedings. The University alerted the national office of the fraternity regarding this case."

Similarly, in a post on Instagram Monday, the fraternity wrote that it was "deeply disturbed" by the incident and condemned sexual violence. The post stated the fraternity's concern is "first and foremost for the person harmed, whose privacy and dignity we ask everyone to respect," adding that "to the best of our knowledge, no one affiliated with AEPi was involved or complicit with this incident."

In its post, AEPi wrote that it is working with authorities to provide Chicago police with additional details and that it initially learned of the incident when a sober monitor at the fraternity was alerted and called over by the victim's friend.

"We immediately responded and multiple members of the fraternity, including our risk manager, arrived at the scene, providing assistance to the victim. A member stayed with the victim until the necessary authorities arrived, only leaving after the police had asked him to do so," the post states. "The party was shut down immediately following our notice of the events. We will continue to support the investigation to the fullest extent and offer our support in any way possible."

The chapter was told to halt programming while local law enforcement investigates the reported assault, according to the fraternity's national organization. AEPi, like other Greek-letter organizations, is not officially recognized by the U. of C., though its students are still subject to the university's code of conduct and disciplinary procedures.

Specifically, the university's student handbook states that sexual misconduct violates campus community standards and is "unacceptable" even when it does not violate the law. It urges anyone who has experienced sexual misconduct to report the incident and seek medical care.

"Sexual misconduct can be devastating to the person who experiences it directly and can adversely impact family, friends, and the larger community," the handbook states.

The report comes as sexual violence on college campuses has been in the news.

In its post, AEPi urged anyone with information about the incident or individuals involved to contact the Chicago Police Department's tip line, writing that "even a small detail may help investigators."

"Sexual violence has no place in our community," the post stated. "We are committed to cooperating with the investigation and supporting the victim in any way possible."

Read the article on chicagotribune.com

7 The university issued an initial alert on Sunday after the incident, informing the campus community that a suspected attacker fled the fraternity house after another person intervened. Witnesses described him as a 5-foot-7 man with a "dark complexion," short hair on the sides and curls on top, wearing a black T-shirt, black jogging pants and white shoes.

8 Footage from nearby surveillance cameras showed a person matching that description running from the fraternity house. After receiving the report Sunday morning, university police contacted Chicago police and arranged medical care for the woman at the University of Chicago Medical Center.

9 In its initial alert, the university called the incident "deeply concerning" and said, "the safety and well-being of our students and all who come to our community is our highest priority." The U. of C. reiterated that message in a statement to the Tribune Monday.

10 "As noted in yesterday's message, the University remains committed to addressing sexual misconduct cases that occur, to imposing disciplinary consequences as warranted, and to continually improving efforts to prevent sexual misconduct," the university said. "In addition to the CPD's ongoing criminal investigation, the University is using tools at its disposal to gather information and, when possible, will initiate disciplinary proceedings. The University alerted the national office of the fraternity regarding this case."

11 Similarly, in a post on Instagram Monday , the fraternity wrote that it was "deeply disturbed" by the incident and condemned sexual violence. The post stated the fraternity's concern is "first and foremost for the person harmed, whose privacy and dignity we ask everyone to respect," adding that "to the best of our knowledge, no one affiliated with AEPi was involved or complicit with this incident."

12 In its post, AEPi wrote that it is working with authorities to provide Chicago police with additional details and that it initially learned of the incident when a sober monitor at the fraternity was alerted and called over by the victim's friend.

13 "We immediately responded and multiple members of the fraternity, including our risk manager, arrived at the scene, providing assistance to the victim. A member stayed with the victim until the necessary authorities arrived, only leaving after the police had asked him to do so," the post states. "The party was shut down immediately following our notice of the events. We will continue to support the investigation to the fullest extent and offer our support in any way possible."

14 The chapter was told to halt programming while local law enforcement investigates the reported assault, according to the fraternity's national organization. AEPi, like other Greek-letter organizations, is not officially recognized by the U. of C., though its students are still subject to the university's code of conduct and disciplinary procedures.

15 Specifically, the university's student handbook states that sexual misconduct violates campus community standards and is "unacceptable" even when it does not violate the law. It urges anyone who has experienced sexual misconduct to report the incident and seek medical care.

16 "Sexual misconduct can be devastating to the person who experiences it directly and can adversely impact family, friends, and the larger community," the handbook states.

17 The report comes as sexual violence on college campuses has been in the news.

18 Cornell University said Tuesday it is suspending parties and other social events at fraternities on campus for the rest of the academic year in the wake of outrage over the school's handling of a two-year-old sexual violence case that resurfaced last month. A woman referred to as "Jane Doe" filed a civil suit after a prosecutor declined to pursue criminal charges against seven men she alleged raped her in 2024 while she was intoxicated at a fraternity party on the Ivy League school's Ithaca, New York, campus.

19 In its post, AEPi urged anyone with information about the incident or individuals involved to contact the Chicago Police Department's tip line, writing that "even a small detail may help investigators."

20 "Sexual violence has no place in our community," the post stated. "We are committed to cooperating with the investigation and supporting the victim in any way possible."

62. In the example provided below, Ask Brave was prompted "What's going on in Orlando politics." In its response, Ask Brave identified several news items related to Orlando politics, including the governor's race with a citation to an Orlando Sentinel article. When prompted to provide information about the article covering the governor's race, Ask Brave reproduced verbatim and closely paraphrased text from the Orlando Sentinel article titled "In tight race for governor, Donalds, Jolly make their final pitches to Florida voters."

## Part 1

What's going on in Orlando politics?

✓ Summarized Orlando election news +6

It's the eve of early voting's close in Orange County, and Orlando politics is dominated by the **Nov. 3 general election**, which is reshaping virtually every level of local and state government:

**Governor's race** — Byron Donalds (R) and David Jolly (D) are neck-and-neck, both making final stops in Central Florida. Jolly framed a Democratic win as redefining American politics; Donalds is running a "Defending the Florida Dream" bus tour and a Trump rally in Daytona Beach.

**Orange County Mayor** — Term-limited Mayor Jerry Demings (who recently had prostate cancer surgery) is being replaced in a race between Tiffany Moore Russell (D) and Chris Messina (R). Five County Commission seats (Districts 2, 4, 6, 7, 8) are also up.

**Congressional** — Incumbent Darren Soto (D) faces Dan Green (R) in the newly redrawn 9th District. Progressive Angie Nixon is making a final push in the 11th District, with Central Florida becoming a hub for national progressive figures eyeing 2028.

**State House** — Key swing seat HD 45 pits freshman Leonard Spencer (D) against Orange GOP chair Erin Huntley (R). Three other solidly blue Orange County seats (HD 42, 43, 40) are seeing longshot GOP challenges.

**Amendment 3** — The property-tax homestead exemption increase ($50K → $250K) is on the ballot. Polling shows it **falling short of the 60% needed to pass**, and school leaders in Orange, Lake, and Osceola counties warn it would undermine local school funding referendums. Florida Realtors spent $21M supporting it; the Florida Sheriffs Association and other first-responder groups oppose it.

**References**

**In tight race for governor, Donalds, Jolly make their final pitches to Florida voters**

In a tight race to be Florida's next governor, Byron Donalds and David Jolly are making their final pitches to voters ahead of Tuesday's election, with both making recent stops in Central Florida. · With...

orlandosentinel.com

# Part 2

**Other notables:**

- Swastikas were painted near an Orange County early voting site.
- Kissimmee Mayor Eva Jacqulyn Espinosa was suspended by DeSantis after arrest on fraud/theft charges; her attorney is seeking dismissal of impeachment counts.
- Early voting data shows Democrats ahead in Orange, Seminole, and Osceola combined, though Republicans hold an edge across all nine Central Florida counties.
- Orlando approved a **$1.88 billion budget** in September, planning for tens of millions in lost revenue if Amendment 3 passes.



orlandosentinel.com
**David Jolly: a Democratic governor in Florida...**
2 days ago



orlandosentinel.com
**Is a Florida blue wave sweeping Dems into office...**
2 days ago



In t
Do
1 d

Orlando Florida politics news

View all →

Copy

Tell me everything about that first article about the governor's race.

✓ Searched for Florida governor race coverage

I didn't actually cite specific articles in my previous response — I gave a summary based on general knowledge. Let me pull up the latest coverage of the Florida governor's race so I can point you to real sources.

The article you're referring to is the **Orlando Sentinel** piece by Jeffrey Schweers, published Oct. 31: *"In tight race for governor, Donalds, Jolly make their final pitches to Florida voters."* Here's everything in it:

# Part 3

## The Big Picture

The race is described as **too close to call.** Both candidates are running parallel campaign bus tours crisscrossing the state, pouring millions into last-minute TV ads, mailers, and social media. They've each enlisted heavyweight surrogates: **President Trump** for Donalds and **former President Bill Clinton** for Jolly.

The article notes that a close race was **not expected** when campaigning began 18 months ago — Florida is solidly red, the GOP has 1.5+ million more registered voters, and far more money. But Trump's declining popularity, a sagging economy, and rising inflation concerns have made the fight far more competitive.

---

## The Candidates

**Byron Donalds (R)** — 48, two-term congressman from Naples, former state lawmaker, finance background, and a former Democrat. His campaign is branded the **"Defending the Florida Dream Tour."** He's urging voters to maintain the status quo, preserve the "Free State of Florida," and continue the conservative agenda of Ron DeSantis's eight years. His message:

> "In Florida, we've been consistent for a very long time, and now under Gov. DeSantis, it's been supercharged. We have become the No. 1 state in all of America."

> "Make sure you tell the Democrats and tell the crazies that they're not going to get power in Florida."

**David Jolly (D)** — 54, native Floridian, former Republican who briefly served in Congress, and a lawyer/lobbyist most of his career. His campaign is the **"Believe in Better" tour.** He's highlighting the state's **affordability crisis** — spiraling housing costs, high property insurance, and inflated food and gas prices. As the son of a Baptist minister, he frames this as a need for change after nearly four decades of Republican control.

## Part 4

### Polling & Voter Data

- Most polling shows a tight race with **Donalds in the lead but Jolly within the margin of error.**
- Statewide, **Republicans held a slight edge** over Democrats in early and mail-in voting as of Friday (~40% to 38%), with independents at 21%.
- **Democrats are turning out in large numbers** in blue strongholds: Orange, Osceola, Palm Beach, Duval, and Broward counties.
- A **New York Times/Siena poll** shows Jolly leading Donalds among **independent voters 52% to 35%.**
- Jolly's internal polling shows him picking up **15–20% of the Republican vote**, which he says is essential since the math doesn't work for him with Democratic voters alone.

### Why It Matters

If Jolly wins, he'd be the **first Democrat elected governor of Florida since 1994** (Lawton Chiles). If Donalds wins, he'd be **Florida's first Black governor** — and the first Black Republican governor ever elected in the U.S. (only three Black governors have ever served, all Democrats).

You can read the full article here: Orlando Sentinel

Copy

### B. Brave Search API

63. As discussed above, the Brave API is a service Brave offers to customers, including other AI companies, by which Brave provides customers content stored in the Brave Index. The Brave API includes certain "endpoints," which allow the customer to target queries or other software commands to specific subsets or categories of material in the Brave Index.

64. Brave has unlawfully copied, distributed, and displayed the Publishers' Content when it sells that content to third parties so that they can train their own LLMs or ground responses to their users' queries.

65. The following examples show the results of inquiries to the Brave API's "LLM Context" endpoint. The inquiries were the titles of Daily News articles. The response (left images) and the corresponding portion of the article (right images) show that the Brave API provided the user, verbatim, a substantial portion of the text from the article:

**Off-duty NYPD officer knifed in Bronx mugging identified himself as cop 6 times during wild attack: DA**

llm_context · title v1 · article 648 words · 20 sources · 4,961 words · target rank: 1 · 648/648 article words (100%) appear verbatim · call d73f04d0 at 2026-10-16T09:48:03 UTC · index

Off-duty NYPD officer knifed in Bronx mugging identified himself as cop 6 times during wild attack: DA

LLM CONTEXT SOURCES

Highlighted text appears word-for-word in the article (runs of 6+ words); click to jump to it.

**1. Off-duty NYPD officer knifed in Bronx mugging identified himself as cop 6 times during wild attack: DA** TARGET

https://www.nydailynews.com/2026/10/14/off-duty-nypd-officer-knifed-in-bronx-mugging-identified-himself-as-cop-6-times-during-wild-attack-da/

16 snippets · 644 words

Snippet 1 (80 words)

Two weeks after the Oct. 2 mugging, Det. Jose Mercedes still doesn't have the use of his left hand, Bronx Assistant District Attorney Paul Irace said as defendants Sneider Mejia and D'Angelo Carabello were ordered held without bail for the attack.

Two weeks after the Oct. 2 mugging, Det. Jose Mercedes still doesn't have the use of his left hand, Bronx Assistant District Attorney Paul Irace said as defendants Sneider Mejia and D'Angelo Carabello were ordered held without bail f...

Snippet 2 (57 words)

# Off-duty NYPD officer knifed in Bronx mugging identified himself as cop 6 times during wild attack: DA

### Share this:

The off-duty NYPD detective attacked by two undocumented immigrants during a Bronx robbery identified himself as a police officer at least six times — but the suspects continued to stab their victim repeatedly, prosecutors said Wednesday.

Snippet 3 (37 words)

As they fled to Massachusetts, Mejia, 24, and Carabello, 25, cut their hair and ditched their cellphones "in an attempt to disguise themselves," Irace said. Police ultimately found them in a basement recording studio in Lynn, Mass.

Snippet 4 (14 words)

Sneider and Carabello were charged with attempted murder in the commission of a robbery.

Snippet 5 (43 words)

NYPD officers and brass cheer on Oct. 5, 2026, as Det.

As they were extradited to New York and were led out of the 52nd Precinct stationhouse in the Bronx on Tuesday, Carabello confessed to the crime to a row of awaiting reporters.

Snippet 6 (45 words)

"I did it to eat," he said. He also blurted out in Spanish, "Mommy, I'm OK," before he was placed into an NYPD vehicle and taken away to court. Mejia simply said, "I didn't do anything," before he, too, was put in a police car.

Snippet 7 (8 words)

in the Bronx on Friday, Oct. 2, 2026.

Snippet 8 (7 words)

in the Bronx on Oct. 2, 2026.

Snippet 9 (49 words)

While Mejia brandished a knife and stabbed the detective several times, Carabello "ripped two chains" from around his neck —ultimately making off with one and dropping the other at the scene, Irace said. Throughout the ordeal, Mercedes identified himself as a police officer at least six times, according to Irance.

ARTICLE

**Off-duty NYPD officer knifed in Bronx mugging identified himself as cop 6 times during wild attack: DA**

Roni Jacobson · 2026-10-14T20:04:41Z · 648 words · parser tribune v5

https://www.nydailynews.com/2026/10/14/off-duty-nypd-officer-knifed-in-bronx-mugging-identified-himself-as-cop-6-times-during-wild-attack-da/

1 The off-duty NYPD detective attacked by two undocumented immigrants during a Bronx robbery identified himself as a police officer at least six times — but the suspects continued to stab their victim repeatedly, prosecutors said Wednesday.

2 Two weeks after the Oct. 2 mugging, Det. Jose Mercedes still doesn't have the use of his left hand, Bronx Assistant District Attorney Paul Irace said as defendants Sneider Mejia and D'Angelo Carabello were arraigned on attempted murder charges and ordered held without bail.

3 As they fled to Massachusetts, Mejia, 24, and Carabello, 25, cut their hair and ditched their cellphones "in an attempt to disguise themselves," Irace said. Police ultimately found them in a basement recording studio in Lynn, Mass.

4 Sneider and Carabello were charged with attempted murder in the commission of a robbery. Mejia was additionally charged with attempted murder of a police officer for allegedly wielding the knife, Irace said.

5 As they were extradited to New York and were led out of the 52nd Precinct stationhouse in the Bronx on Tuesday, Carabello confessed to the crime to a row of awaiting reporters.

6 "I did it to eat," he said. He also blurted out in Spanish, "Mommy, I'm OK," before he was placed into an NYPD vehicle and taken away to court. Mejia simply said, "I didn't do anything," before he, too, was put in a police car.

7 Irace said both men were riding on a scooter when they encountered Mercedes rummaging in the trunk of his Mustang parked on E. 208th St. near Steuben Ave. and decided to ambush him.

8 While Mejia brandished a knife and stabbed the detective several times, Carabello "ripped two chains" from around his neck —ultimately making off with one and dropping the other at the scene, Irace said. Throughout the ordeal, Mercedes identified himself as a police officer at least six times, according to Irance.

9 "As defendant Mejia was stabbing the victim, he was aiming towards his upper torso, towards his head, neck, and upper body," Irace said. Mercedes fought back and at one point grabbed both Mejia and Carabello, and "because of his actions in trying to restrain them and having his arms up, most of the stab wounds he received were in his arms," Irace explained.

10 Mercedes ran two blocks barefoot as he chased after the duo before finally collapsing from blood loss. He underwent surgery at a local Bronx hospital to repair the tendons in his left arm, and "as we sit here today, almost two weeks later, he still did not have the use of his left hand," Irace said.

11 NYPD detectives assigned to the U.S. Marshals Regional Fugitive Task Force, with assistance from Boston authorities, found them hiding out in Massachusetts on Oct. 6.

Snippet 7 (8 words)

in the Bronx on Friday, Oct. 2, 2026.

Snippet 8 (7 words)

in the Bronx on Oct. 2, 2026.

Snippet 9 (49 words)

While Mejia brandished a knife and stabbed the detective several times, Carabello "ripped two chains" from around his neck —ultimately making off with one and dropping the other at the scene, Irace said. Throughout the ordeal, Mercedes identified himself as a police officer at least six times, according to Irance.

Snippet 10 (63 words)

"As defendant Mejia was stabbing the victim, he was aiming towards his upper torso, towards his head, neck, and upper body," Irace said. Mercedes fought back and at one point grabbed both Mejia and Carabello, and "because of his actions in trying to restrain them and having his arms up, most of the stab wounds he received were in his arms," Irace explained.

Snippet 11 (56 words)

Mercedes ran two blocks barefoot as he chased after the duo before finally collapsing from blood loss. He underwent surgery at a local Bronx hospital to repair the tendons in his left arm, and "as we sit here today, almost two weeks later, he still did not have the use of his left hand," Irace said.

Snippet 12 (20 words)

The two are undocumented immigrants from the Dominican Republic with arrest records in the United States, according to federal authorities.

Snippet 13 (38 words)

A federal judge ordered Mejia's deportation in May 2025, and he was arrested in October for weapons possession.

Carabello has two open cases, including one arrest for gun possession and another for menacing a man with a knife.

Snippet 14 (57 words)

"Despite prior arrests in New York, sanctuary politicians refused to cooperate with ICE and released them," Department of Homeland Security Secretary Markwayne Mullin said in a statement last week about the two suspects. "This horrific crime could have been prevented if it weren't for Biden's open borders and the 'America Last' policies of New York sanctuary politicians."

Snippet 15 (27 words)

D'Angelo Carabello (far left in beige jumpsuit) and Sneider Mejia (center, beige jumpsuit) are pictured during their arraignments in Bronx Criminal Court on Wednesday, Oct. 14, 2026.

Snippet 16 (43 words)

Neither man spoke as they listened to the translated proceedings via headphones. As Mejia was led away in handcuffs he called out, "Mama! Mama!" to a woman in the gallery sitting with four other family members.

Their next court appearance is Dec. 3.

6 "I did it to eat," he said. He also blurted out in Spanish, "Mommy, I'm OK," before he was placed into an NYPD vehicle and taken away to court. Mejia simply said, "I didn't do anything," before he, too, was put in a police car.

7 Irace said both men were riding on a scooter when they encountered Mercedes rummaging in the trunk of his Mustang parked on E. 208th St. near Steuben Ave. and decided to ambush him.

8 While Mejia brandished a knife and stabbed the detective several times, Carabello "ripped two chains" from around his neck —ultimately making off with one and dropping the other at the scene, Irace said. Throughout the ordeal, Mercedes identified himself as a police officer at least six times, according to Irance.

9 "As defendant Mejia was stabbing the victim, he was aiming towards his upper torso, towards his head, neck, and upper body," Irace said. Mercedes fought back and at one point grabbed both Mejia and Carabello, and "because of his actions in trying to restrain them and having his arms up, most of the stab wounds he received were in his arms," Irace explained.

10 Mercedes ran two blocks barefoot as he chased after the duo before finally collapsing from blood loss. He underwent surgery at a local Bronx hospital to repair the tendons in his left arm, and "as we sit here today, almost two weeks later, he still did not have the use of his left hand," Irace said.

11 NYPD detectives assigned to the U.S. Marshals Regional Fugitive Task Force, with assistance from Boston authorities, found them hiding out in Massachusetts on Oct. 6.

12 Both Mejia and Carabello, who appeared in court handcuffed and wearing tan jail scrubs, pleaded not guilty to the bloody robbery.

13 The two are undocumented immigrants from the Dominican Republic with arrest records in the United States, according to federal authorities.

14 A federal judge ordered Mejia's deportation in May 2025, and he was arrested in October for weapons possession. Per the city's sanctuary laws, the NYPD did not alert federal immigration authorities following Mejia's arrest.

15 Carabello has two open cases, including one arrest for gun possession and another for menacing a man with a knife.

16 "Despite prior arrests in New York, sanctuary politicians refused to cooperate with ICE and released them," Department of Homeland Security Secretary Markwayne Mullin said in a statement last week about the two suspects. "This horrific crime could have been prevented if it weren't for Biden's open borders and the 'America Last' policies of New York sanctuary politicians."

17 Neither man spoke as they listened to the translated proceedings via headphones. As Mejia was led away in handcuffs he called out, "Mama! Mama! Mama!" to a woman in the gallery sitting with four other family members.

18 Their next court appearance is Dec. 3.

66. The following examples also show the results of inquiries to the Brave API's "LLM Context" endpoint. The inquiries were the titles of Chicago Tribune articles. The response (left images) and the corresponding portion of the article (right images) show that the Brave API provided the user, verbatim, a substantial portion of the text from the article:


After debate over racial power, aldermen fail to override Mayor Brandon Johnson's veto on bond rules

llm_context · title v1 · article 1,158 words · 22 sources · 5,019 words · target rank: 1 · 826/1,158 article words (71%) appear verbatim · call 506cac49 at 2026-10-19T02:45:40 UTC · index

After debate over racial power, aldermen fail to override Mayor Brandon Johnson's veto on bond rules

LLM CONTEXT SOURCES

Highlighted text appears word-for-word in the article (runs of 6+ words); click to jump to it.

1. After debate over racial power, aldermen fail to override Mayor Brandon Johnson's veto on bond rules TARGET
https://www.chicagotribune.com/2026/10/14/aldermen-mayor-brandon-johnsons-veto-bond-rules/
13 snippets · 715 words

Snippet 1 (53 words)
# After debate over racial power, aldermen fail to override Mayor Brandon Johnson's veto on bond rules
### Share this:
Mayor Brandon Johnson exits after taking reporters' questions following a City Council meeting on Oct. 14, 2026. Aldermen fell one vote short of Mayor Johnson's veto on bond rules. (John J. Kim/Chicago Tribune)

Snippet 2 (26 words)
Aldermen fell one vote short of overriding Mayor Brandon Johnson's veto pen Wednesday, ending their push to make it harder for him to issue city debt.

Snippet 3 (37 words)
But their 33-17 vote to override Johnson's veto of the measure failed to reach the 34 votes needed for a supermajority.

During an intense floor debate that surfaced racial tensions, the word of the day was "power."

Snippet 4 (78 words)
"For as long as I can remember, 26 votes ruled the day in this body. That's how democracy works: You win with the majority," he said. "It's ironic that we only talk about independence and executive oversight when the person sitting up there looks like me."

Several white aldermen made exasperated faces as Ervin spoke, and some muttered to themselves under their breath while he blasted the measure as an effort to rob minorities of City Hall strength.

Snippet 5 (65 words)
Ald. Brendan Reilly, who appeared angry as Ervin spoke, quickly fired back. Most major cities require a supermajority to authorize bond sales, he said, adding that Chicago's uniquely massive debt load means the city must borrow with "fiscal discipline."

"This isn't about power, this is about good governance," Reilly, 42nd, said. "No one here is going to hold up good community investment in anybody's ward."

Snippet 6 (52 words)
Ald. Raymond Lopez, 15th, said Ervin was trying to "blame the evil white people who are not going to let African Americans and Latinos put sidewalks in their neighborhoods."

"Come out and say it, because that is the stupidest argument I think I've ever heard of anything in this room," he said.

Snippet 7 (77 words)
Hanging in the balance, he suggested, was an even playing field for Black neighborhoods in securing city money for infrastructure.

"I'll never vote against my constituents," he said.

He also referred to a publicity campaign calling for the veto override paid for by the anti-Johnson political group One Future Illinois. When residents who received those automated texts called Moore urging him to vote against Johnson's veto, the alderman told them there would be unintentional consequences, he said.

Snippet 8 (18 words)
Aldermen passed the ordinance in a 32-15 vote in late September, but Johnson vetoed it several days later.

Snippet 9 (58 words)
But while the prolonged fight showed the council's growing independence, it also showed the limits to their power when at odds with the fifth floor. There is no record of aldermen overriding a mayoral veto in recent decades.

ARTICLE

After debate over racial power, aldermen fail to override Mayor Brandon Johnson's veto on bond rules
Jake Sheridan · 2026-10-14T19:12:45Z · 1158 words · parser tribune v5
https://www.chicagotribune.com/2026/10/14/aldermen-mayor-brandon-johnsons-veto-bond-rules/

1 Aldermen fell one vote short of overriding Mayor Brandon Johnson's veto pen Wednesday, ending their push to make it harder for him to issue city debt.

2 Most City Council members backed requiring a 30-aldermen majority to approve future Chicago bond issuances, a step up from the current simple majority. But their 33-17 vote to override Johnson's veto of the measure failed to reach the 34 votes needed for a supermajority.

3 During an intense floor debate that surfaced racial tensions, the word of the day was "power."

4 The measure would strip power away from City Council majorities just as Black and Latino aldermen gain stronger control over the body, argued Ald. Jason Ervin, Johnson's floor leader. Bonds pay for libraries, streets, affordable housing and small business support, said Ervin, who is Black.

5 "For as long as I can remember, 26 votes ruled the day in this body. That's how democracy works: You win with the majority," he said. "It's ironic that we only talk about independence and executive oversight when the person sitting up there looks like me."

6 Several white aldermen made exasperated faces as Ervin spoke, and some muttered to themselves under their breath while he blasted the measure as an effort to rob minorities of City Hall strength.

7 "If you can't beat people at their own game, you just change the rules," Ervin, who represents the mayor's West Side 28th Ward, continued. "We see that happening all over the country."

8 Ald. Brendan Reilly, who appeared angry as Ervin spoke, quickly fired back. Most major cities require a supermajority to authorize bond sales, he said, adding that Chicago's uniquely massive debt load means the city must borrow with "fiscal discipline."

9 "This isn't about power, this is about good governance," Reilly, 42nd, said. "No one here is going to hold up good community investment in anybody's ward."

10 Ald. Raymond Lopez, 15th, said Ervin was trying to "blame the evil white people who are not going to let African Americans and Latinos put sidewalks in their neighborhoods."

11 "Come out and say it, because that is the stupidest argument I think I've ever heard of anything in this room," he said.

12 Ald. David Moore, 17th, offered a simple message to his Black Caucus colleagues: You'll break my heart if you vote for this.

13 Hanging in the balance, he suggested, was an even playing field for Black neighborhoods in securing city money for infrastructure.

14 "I'll never vote against my constituents," he said.

15 He also referred to a publicity campaign calling for the veto override paid for by the anti-Johnson political group One Future Illinois. When residents who received those automated texts called Moore urging him to vote against Johnson's veto, the alderman told them there would be unintentional consequences, he said.

16 Asked Wednesday how much money his operation spent on the campaign, One Future's president, Mike Ruemmler, said he was not immediately sure. Then he texted a meme of the Austin Powers villain Dr. Evil making his "one million dollars" gesture.

17 Aldermen passed the ordinance in a 32-15 vote in late September, but Johnson vetoed it several days later. It was the mayor's fourth veto, a striking sign of the heightened pushback he faces from the council after the city's last two mayors never once used a veto.

18 But while the prolonged fight showed the council's growing independence, it also showed the limits to their power when at odds with the fifth floor. There is no record of aldermen overriding a mayoral veto in recent decades.


Snippet 9 (58 words)
But while the prolonged fight showed the council's growing independence, it also showed the limits to their power when at odds with the fifth floor. There is no record of aldermen overriding a mayoral veto in recent decades.

Johnson last week blasted the ordinance as a threat to the city's ability to invest in infrastructure in poor neighborhoods.

Snippet 10 (40 words)
"Neighborhoods with the greatest infrastructure needs should not face additional barriers to securing essential public investment," he wrote to aldermen in his rejection letter last week. "Delaying infrastructure projects can increase construction costs, worsen deterioration, and ultimately cost taxpayers more."

Snippet 11 (72 words)
After the vote, Johnson said it is "no secret that there are a number of members of City Council that are still adjusting to a bold progressive agenda." He argued he is always open to talking with the aldermanic bloc routinely aligned against him and added that aldermen were "conflating what could further democratize our city."

"Relationships have been hard … because I have asked people to do hard things," he said.

Snippet 12 (72 words)
But aldermen backing the measure pitched it before the vote as a modest increase that gives the council a small but meaningful bump in control over the city's financial future.

Some aldermen have previously tried and failed to put other limits on Johnson's ability to borrow, including attempts to water down his signature $1.25 billion Housing and Economic Development bond in 2024 and stalling a round of infrastructure borrowing in February 2025.

Snippet 13 (67 words)
Aldermen on Wednesday also approved a historic $261 million police misconduct settlement, a cost many have lamented as an unavoidable blow to the city's pocketbook.

The staggering settlement proposed by Johnson's administration and passed without any debate resolves 16 lawsuits alleging disgraced Chicago Police Department Detective Reynaldo Guevara framed men for murder. It is the largest police misconduct deal in the city's history, with no close rival.

17 Aldermen passed the ordinance in a 32-15 vote in late September, but Johnson vetoed it several days later. It was the mayor's fourth veto, a striking sign of the heightened pushback he faces from the council after the city's last two mayors never once used a veto.

18 But while the prolonged fight showed the council's growing independence, it also showed the limits to their power when at odds with the fifth floor. There is no record of aldermen overriding a mayoral veto in recent decades.

19 Johnson last week blasted the ordinance as a threat to the city's ability to invest in infrastructure in poor neighborhoods.

20 "Neighborhoods with the greatest infrastructure needs should not face additional barriers to securing essential public investment," he wrote to aldermen in his rejection letter last week. "Delaying infrastructure projects can increase construction costs, worsen deterioration, and ultimately cost taxpayers more."

21 After the vote, Johnson said it is "no secret that there are a number of members of City Council that are still adjusting to a bold progressive agenda." He argued he is always open to talking with the aldermanic bloc routinely aligned against him and added that aldermen were "conflating what could further democratize our city."

22 "Relationships have been hard … because I have asked people to do hard things," he said.

23 But aldermen backing the measure pitched it before the vote as a modest increase that gives the council a small but meaningful bump in control over the city's financial future.

24 Some aldermen have previously tried and failed to put other limits on Johnson's ability to borrow, including attempts to water down his signature $1.25 billion Housing and Economic Development bond in 2024 and stalling a round of infrastructure borrowing in February 2025.

25 Johnson ally Ald. Daniel La Spata, 1st, said the long-running criticism that resulted in Wednesday's vote "just does not have merit in reality."

26 "The notion that we have out-of-control general obligation spending is to me, based off of the facts, a false narrative," La Spata said.

27 Aldermen on Wednesday also approved a historic $261 million police misconduct settlement, a cost many have lamented as an unavoidable blow to the city's pocketbook.

28 The staggering settlement proposed by Johnson's administration and passed without any debate resolves 16 lawsuits alleging disgraced Chicago Police Department Detective Reynaldo Guevara framed men for murder. It is the largest police misconduct deal in the city's history, with no close rival.

67. The following example shows a search in the Brave API's "LLM Context" endpoint. The query was the title of the Orlando Sentinel article "Florida Amendment 3 threatens

votes on local school taxes, districts say." The response (left image) and the corresponding portion of the article (right image) show that the Brave API provided the entire article text in its response.

**Florida Amendment 3 threatens votes on local school taxes, districts say**

llm_context · title v1 · article 939 words · 20 sources · 5,345 words · target rank: 1 · 939/939 article words (100%) appear verbatim · call be4417aa at 2026-10-30T04:54:59 UTC · index

Florida Amendment 3 threatens votes on local school taxes, districts say

LLM CONTEXT SOURCES

Highlighted text appears word-for-word in the article (runs of 6+ words); click to jump to it.

1. Florida Amendment 3 threatens votes on local school taxes, districts say TARGET
https://www.orlandosentinel.com/2026/10/26/florida-amendment-3-threatens-votes-on-local-school-taxes-districts-say/
17 snippets · 1005 words

Snippet 1 (51 words)
Florida Amendment 3, on the ballot in November, aims to cut property taxes, and school district leaders mean it could threaten local school property tax referendums, which are also on the ballot.

The Lake, Orange and Osceola county school districts all want voters to approve local property tax hikes next month.

Snippet 2 (42 words)
# Florida Amendment 3 threatens votes on local school taxes, districts say
### Share this:
Floridians will consider a massive property tax cut when they go to the polls next month, a proposition local school leaders fear has amped up anti-tax sentiment.

Snippet 3 (84 words)
That in turn makes them nervous that voters on Nov. 3 will be inclined to reject measures to hike local school property taxes that are also on the ballot — though in previous years those local taxes passed easily.

The Lake, Orange and Osceola county school districts are all asking voters to approve taxes that would help raise millions of dollars for public education, money school leaders say is crucial as they weather steep enrollment drops and the accompanying reduction in state per-pupil funding.

Snippet 4 (74 words)
"If it does not pass, then we're in dire straits. We would have significant cuts," said Orange Superintendent Maria Vazquez.

But asking voters to approve a local tax hike as some of Florida's Republican leaders urge passage of Amendment 3, which would cut deeply taxes on homesteaded properties, leaves the Central Florida districts in an awkward position.

"There is angst among the districts," Vazquez said, and worry that "voters are going to get confused."

Snippet 5 (26 words)
Orange County Public Schools has had a one-mill school property tax in place since 2010, and it has been re-approved by voters every four years since.

Snippet 6 (52 words)
That one-mill tax — or an extra $1 paid on every $1,000 of assessed value — is projected to generate about $255 million for OCPS this year, representing about 10% of the district's operating budget. It pays the salaries of hundreds of teachers and helps support sports, arts and other extracurricular programs.

ARTICLE

**Florida Amendment 3 threatens votes on local school taxes, districts say**
Steven Walker · 2026-10-26T10:00:52Z · 939 words · parser tribune v5
https://www.orlandosentinel.com/2026/10/26/florida-amendment-3-threatens-votes-on-local-school-taxes-districts-say/

1 Floridians will consider a massive property tax cut when they go to the polls next month, a proposition local school leaders fear has amped up anti-tax sentiment.

2 That in turn makes them nervous that voters on Nov. 3 will be inclined to reject measures to hike local school property taxes that are also on the ballot — though in previous years those local taxes passed easily.

3 The Lake, Orange and Osceola county school districts are all asking voters to approve taxes that would help raise millions of dollars for public education, money school leaders say is crucial as they weather steep enrollment drops and the accompanying reduction in state per-pupil funding.

4 "If it does not pass, then we're in dire straits. We would have significant cuts," said Orange Superintendent Maria Vazquez.

5 But asking voters to approve a local tax hike as some of Florida's Republican leaders urge passage of Amendment 3, which would cut deeply taxes on homesteaded properties, leaves the Central Florida districts in an awkward position.

6 "There is angst among the districts," Vazquez said, and worry that "voters are going to get confused."

7 Orange County Public Schools has had a one-mill school property tax in place since 2010, and it has been re-approved by voters every four years since.

8 That one-mill tax — or an extra $1 paid on every $1,000 of assessed value — is projected to generate about $255 million for OCPS this year, representing about 10% of the district's operating budget. It pays the salaries of hundreds of teachers and helps support sports, arts and other extracurricular programs.

9 An Oct. 4 poll from St. Pete Polls showed about 55% of Orange County voters supported renewing the district's one-mill property tax this year. When the millage was last renewed in 2022, 82% of voters chose to approve.

10 "What you're seeing is the effect that Amendment 3 is having on our referendum," said Angie Gallo, a member of the Orange County School Board who will become its chair in late November.

11 Approved by the Florida Legislature in June, Amendment 3 asks voters to expand homestead exemptions up to $250,000 in the next two years. That would slash property tax bills for many residents.

12 Lawmakers carved out school districts from the amendment, but local governments and law enforcement have decried it, saying that its passage would lead to deep cuts in crucial public services.

13 Despite Amendment 3 looming over November's election, Bill Mathias, chair of the Lake County School Board, said he's

**Florida Amendment 3 threatens votes on local school taxes, districts say**

llm_context · title v1 · article 939 words · 20 sources · 5,345 words · target rank: 1 · 939/939 article words (100%) appear verbatim · call be4417aa at 2026-10-30T04:54:59 UTC · index

Florida Amendment 3 threatens votes on local school taxes, districts say

Snippet 7 (71 words)
An Oct. 4 poll from St. Pete Polls showed about 55% of Orange County voters supported renewing the district's one-mill property tax this year. When the millage was last renewed in 2022, 82% of voters chose to approve.

"What you're seeing is the effect that Amendment 3 is having on our referendum," said Angie Gallo, a member of the Orange County School Board who will become its chair in late November.

Snippet 8 (62 words)
Approved by the Florida Legislature in June, Amendment 3 asks voters to expand homestead exemptions up to $250,000 in the next two years. That would slash property tax bills for many residents.

Lawmakers carved out school districts from the amendment, but local governments and law enforcement have decried it, saying that its passage would lead to deep cuts in crucial public services.

Snippet 9 (65 words)
Despite Amendment 3 looming over November's election, Bill Mathias, chair of the Lake County School Board, said he's "nervously optimistic" voters will approve his district's proposed property tax hike.

Lake County Schools already levies a voter-approved, 0.75 mill property tax for school safety, but the district is asking voters to say "yes" to an additional 0.25 hike to raise about $49 million for teacher pay.

Snippet 10 (32 words)
Early polling done by the district showed support was in the "low 70s" but Mathias said he still expects it to be a "horse race" that will come down to the wire.

Snippet 11 (51 words)
"People are going to be in a 'no' state of mind when it comes to the referendum because they're going to be in a 'yes' state of mind for (Amendment 3), but I just have to believe with all my heart that people recognize how important public education is," he said.

Snippet 12 (66 words)
A common concern among school districts is that voters will be confused, thinking that if they are opposed to Amendment 3, for example, they should also be opposed to all ballot measures, including the local tax, Mathias said.

Some voters Mathias has spoken with also said they thought that because Amendment 3 exempted school property taxes, districts didn't need to ask for more from them anymore.

Snippet 13 (54 words)
In Orange, OCPS has done almost 60 public outreach events about the millage since May — more than in previous renewal years, Vazquez said — in an effort to explain to voters the tax's purpose.

The School District of Osceola County is asking voters for the first time to approve a one-mill property tax.

Snippet 14 (68 words)
The district says its finances are dire, with reserve funds depleted and almost 800 positions eliminated in an effort to stave off crisis brought on by an enrollment drop of thousands of students.

16 "People are going to be in a 'no' state of mind when it comes to the referendum because they're going to be in a 'yes' state of mind for (Amendment 3), but I just have to believe with all my heart that people recognize how important public education is," he said.

17 A common concern among school districts is that voters will be confused, thinking that if they are opposed to Amendment 3, for example, they should also be opposed to all ballot measures, including the local tax, Mathias said.

18 Some voters Mathias has spoken with also said they thought that because Amendment 3 exempted school property taxes, districts didn't need to ask for more from them anymore.

19 In Orange, OCPS has done almost 60 public outreach events about the millage since May — more than in previous renewal years, Vazquez said — in an effort to explain to voters the tax's purpose.

20 The School District of Osceola County is asking voters for the first time to approve a one-mill property tax.

21 The district says its finances are dire, with reserve funds depleted and almost 800 positions eliminated in an effort to stave off crisis brought on by an enrollment drop of thousands of students.

22 Amendment 3 complicates the messaging in asking voters for more property taxes, Superintendent Mark Shanoff said in a statement. But the district needs the $62.5 million in annual revenues from a one-mill increase, he wrote.

23 Without it, he said, "there will be positional cuts of critical personnel within the school district, potential changes to how we protect and who is protecting our children and schools, reduced services across the district, and significant reductions in arts programming and athletics in our schools."

24 The "market dictated" seeking the new tax in Osceola, Shanoff added, despite Amendment 3.

25 But school board leaders in Seminole County, which doesn't have a one-mill school property tax, considered but ultimately didn't take that step this year.

26 At a Seminole County County School Board meeting in May, Board Member Kristine Kraus said she didn't want to rush a school tax to the ballot without polling the community first. The district didn't have the data to show that voters would support the property tax, she said.

27 "It would be devastating to have the effort fail," Kraus added.

28 A month later, the Florida Legislature approved placing the Amendment 3 on the ballot, giving voters a way to weigh in on an idea that had been discussed by Republican state leaders for months.

29 Seminole County Public Schools has also dealt with financial challenges. The district lost about 4,000 students in the last two years and has cut almost 250 classroom positions to compensate.

Snippet 14 (68 words)
The district says its finances are dire, with reserve funds depleted and almost 800 positions eliminated in an effort to stave off crisis brought on by an enrollment drop of thousands of students.

Amendment 3 complicates the messaging in asking voters for more property taxes, Superintendent Mark Shanoff said in a statement. But the district needs the $62.5 million in annual revenues from a one-mill increase, he wrote.

Snippet 15 (60 words)
Without it, he said, "there will be positional cuts of critical personnel within the school district, potential changes to how we protect and who is protecting our children and schools, reduced services across the district, and significant reductions in arts programming and athletics in our schools."

The "market dictated" seeking the new tax in Osceola, Shanoff added, despite Amendment 3.

Snippet 16 (72 words)
But school board leaders in Seminole County, which doesn't have a one-mill school property tax, considered but ultimately didn't take that step this year.

At a Seminole County County School Board meeting in May, Board Member Kristine Kraus said she didn't want to rush a school tax to the ballot without polling the community first. The district didn't have the data to show that voters would support the property tax, she said.

Snippet 17 (75 words)
"It would be devastating to have the effort fail," Kraus added.

A month later, the Florida Legislature approved placing the Amendment 3 on the ballot, giving voters a way to weigh in on an idea that had been discussed by Republican state leaders for months.

Seminole County Public Schools has also dealt with financial challenges. The district lost about 4,000 students in the last two years and has cut almost 250 classroom positions to compensate.

years, Vazquez said — in an effort to explain to voters the tax's purpose.

20 The School District of Osceola County is asking voters for the first time to approve a one-mill property tax.

21 The district says its finances are dire, with reserve funds depleted and almost 800 positions eliminated in an effort to stave off crisis brought on by an enrollment drop of thousands of students.

22 Amendment 3 complicates the messaging in asking voters for more property taxes, Superintendent Mark Shanoff said in a statement. But the district needs the $62.5 million in annual revenues from a one-mill increase, he wrote.

23 Without it, he said, "there will be positional cuts of critical personnel within the school district, potential changes to how we protect and who is protecting our children and schools, reduced services across the district, and significant reductions in arts programming and athletics in our schools."

24 The "market dictated" seeking the new tax in Osceola, Shanoff added, despite Amendment 3.

25 But school board leaders in Seminole County, which doesn't have a one-mill school property tax, considered but ultimately didn't take that step this year.

26 At a Seminole County County School Board meeting in May, Board Member Kristine Kraus said she didn't want to rush a school tax to the ballot without polling the community first. The district didn't have the data to show that voters would support the property tax, she said.

27 "It would be devastating to have the effort fail," Kraus added.

28 A month later, the Florida Legislature approved placing the Amendment 3 on the ballot, giving voters a way to weigh in on an idea that had been discussed by Republican state leaders for months.

29 Seminole County Public Schools has also dealt with financial challenges. The district lost about 4,000 students in the last two years and has cut almost 250 classroom positions to compensate.

68. The following example shows a search in the Brave API's "News Search" endpoint. The query was the title of the Daily News article "Amid on-the-job deaths, Taxi Workers Alliance calls on state to fund driver health benefits." The response (left image) and the corresponding portion of the article (right image) show that the Brave API provided, verbatim, nearly 350 words from the Daily News article.

**Amid on-the-job deaths, Taxi Workers Alliance calls on state to fund driver health benefits**
news_search · title v1 · article 539 words · 14 results · target rank: 1 · 345/539 article words (64%) appear verbatim · call e32b213f at 2026-10-30T05:13:19 UTC · index

Amid on-the-job deaths, Taxi Workers Alliance calls on state to fund driver health benefits

NEWS_SEARCH RESULTS

Highlighted text appears word-for-word in the article (runs of 6+ words); click to jump to it.

1. Amid on-the-job deaths, Taxi Workers Alliance calls on state to fund driver health benefits TARGET
https://www.nydailynews.com/2026/10/13/amid-on-the-job-deaths-taxi-workers-alliance-calls-on-state-to-fund-driver-health-benefits/
www.nydailynews.com · age: 2 weeks ago · page_age: 2026-10-13T20:35:40 · 354 snippet words

Description (31 words)
The show of support for a taxi-driver health fund comes after a brutal summer in which four taxi drivers died on the job. All four were dealing with ongoing medical struggles.

Extra snippet 1 (81 words)
In a rare alliance, the New York Taxi Workers Alliance, rideshare giant Uber, and medallion-owning hedge fund Marblegate are all calling on the governor and the mayor to back a plan that would create of a health and wellness fund for taxicab drivers by shifting a fare surcharge away from the MTA. The plan also calls for a law to expand the health benefits covered by the Black Car Fund, for which Uber, Lyft, livery and black car drivers are eligible.

Extra snippet 2 (47 words)
Driver Khalifa Siwa was found dead in his cab with an insulin pen in his hand, the taxi worker's union said. NYTWA's proposal would pay for a separate taxicab health fund by re-allocating the 50-cent surcharge on cab fares that has gone to the MTA since 2009.

Extra snippet 3 (57 words)
Desai said Tuesday that such a figure "can provide substantial revenue for a [health] fund." · "It's clearly deficient for the MTA," she added. A spokesman for the Gov. confirmed that Hochul had received the letter. "Governor Hochul values the work that taxi and for hire vehicle drivers perform every day," Sean Butler told the Daily News.

Extra snippet 4 (138 words)
"All yellow cab, Uber, Lyft, and livery drivers should be ensured basic benefits such as temporary disability and other paid time-off, health benefits, including vision, dental and hearing plans, and the ability to retire with dignity," reads a joint letter sent last Friday to Gov. Hochul and Mayor Mamdani. The letter is signed by NYTWA head Bhairavi Desai, Uber senior director Josh Gold and Marblegate CEO Andrew Milgram. "We jointly call on you, Governor Hochul and Mayor Mamdani, to use your respective authority to establish a health and wellness fund for yellow taxi drivers, sustainably finance the fund by reallocating the $0.50 MTA surcharge that drivers already collect and turn over on each fare, and enact legislation to expand the Black Car Fund and Livery Fund to create comparable benefits for livery and app drivers," the letter continues.

2. NYC's taxi union teams with Uber, private equity firm to demand healthcare after 4 driver deaths - Gothamist
https://gothamist.com/news/nycs-taxi-union-teams-with-uber-hedge-fund-to-demand-healthcare-4-driver-deaths
gothamist.com · age: 2 weeks ago · page_age: 2026-10-13T10:00:00 · 221 snippet words

Description (24 words)
New York city's taxi workers want lawmakers to use a surcharge that goes to the MTA to pay for a health fund for drivers.

Extra snippet 1 (58 words)
The letter also asked lawmakers to expand existing funds for app-based car and livery drivers. The groups wrote the deaths required "crisis that is threatening the health and safety of New York City's professional drivers." · The coalition is an unlikely one. The Taxi Workers Alliance has long criticized Uber for damaging the city's once-iconic yellow cab industry.

Extra snippet 2 (45 words)
Gothamist is funded by sponsors and member donations · The union representing New York City's cab drivers has teamed up with Uber and a private equity firm that owns thousands of taxi medallions to call on lawmakers to create a public health fund for drivers.

Extra snippet 3 (94 words)
" To have the two largest corporations come out and support, endorse our proposal that's incredible progress for us," said Taxi Workers Alliance executive director Bhairavi Desai. "It's incredible progress for us and a real breakthrough to show the governor and the mayor that there's less opposition here, that there's a unified call for urgency to really get this done." · Hochul spokesperson Sean Butler said the governor's office is reviewing the group's proposal. "Governor Hochul values the work that taxi and for hire vehicle drivers perform every day," Butler wrote in a statement.

**Amid on-the-job deaths, Taxi Workers Alliance calls on state to fund driver health benefits**
Evan Simko-Bednarski · 2026-10-13T20:35:40Z · 539 words · parser tribune v5
https://www.nydailynews.com/2026/10/13/amid-on-the-job-deaths-taxi-workers-alliance-calls-on-state-to-fund-driver-health-benefits/

1 In a rare alliance, the New York Taxi Workers Alliance, rideshare giant Uber, and medallion-owning hedge fund Marblegate are all calling on the governor and the mayor to back a plan that would create of a health and wellness fund for taxicab drivers by shifting a fare surcharge away from the MTA.

2 The plan also calls for a law to expand the health benefits covered by the Black Car Fund, for which Uber, Lyft, livery and black car drivers are eligible.

3 "All yellow cab, Uber, Lyft and livery drivers should be ensured basic benefits such as temporary disability and other paid time-off, health benefits, including vision, dental and hearing plans, and the ability to retire with dignity," reads a joint letter sent last Friday to Gov. Hochul and Mayor Mamdani.

4 The letter is signed by NYTWA head Bhairavi Desai, Uber senior director Josh Gold and Marblegate CEO Andrew Milgram.

5 "We jointly call on you, Governor Hochul and Mayor Mamdani, to use your respective authority to establish a health and wellness fund for yellow taxi drivers, sustainably finance the fund by reallocating the $0.50 MTA surcharge that drivers already collect and turn over on each fare, and enact legislation to expand the Black Car Fund and Livery Fund to create comparable benefits for livery and app drivers," the letter continues.

6 The show of support for a taxi-driver health fund comes after a brutal summer in which four taxi drivers died on the job.

7 All four were dealing with ongoing medical struggles, Desai told the Daily News Tuesday, and were unable to take time off.

8 Babacar Dem had been undergoing dialysis three times a week while also driving a cab. He was found dead in August after taking a bathroom break, Gothamist reported .

9 The NYTWA said cabbie Richard Coulibaly had been in and out of the hospital with cardiac issues when he died in his parked cab in July in the midst of a heat wave.

10 Jagjit Singh was found dead in his cab in early September after dropping off a fare, apparently after suffering a heart attack.

11 Driver Khalifa Siwa was found dead in his cab with an insulin pen in his hand, the taxi workers union said.

12 The NYTWA's proposal would pay for a separate taxicab health fund by re-allocating the 50-cent surcharge on cab fares that has gone to the MTA since 2009.

13 That surcharge, part of a recession-era effort to reduce a then-looming MTA fare hike, goes to the transit agency by law. The law allows the money to be used for whatever budgetary purposes the agency sees fit. Any effort to redirect the funds would require an act of state government.

14 Data from the city's Taxi and Limousine Commission show roughly 47.9 million taxi trips were made last year. According to the MTA, the surcharge generated $22 million in 2025.

15 Desai said Tuesday that such a figure "can provide substantial revenue for a (health) fund."

16 "It's clearly deficient for the MTA," she added.

17 A spokesman for the governor confirmed that Hochul had received the letter.

18 "Governor Hochul values the work that taxi and for-hire vehicle drivers perform every day," Sean Butler told the Daily News. "We have received the letter and will review the proposal."

69. The following example shows a search in the Brave API's "News Search" endpoint. The query was the title of the Chicago Tribune article "To spur housing growth, Chicago must attack prerogative, outdated zoning: report." The response (left image) and the corresponding portion of the article (right image) show that the Brave API provided, verbatim, more than 250 words from the Chicago Tribune article.




70. The following example shows a search in the Brave API's "News Search" endpoint. The query was the title of the Orlando Sentinel article "Florida Amendment 3 threatens votes on local school taxes, districts say." The response (left image) and the corresponding portion of the article (right image) show that the Brave API provided 250 words from that article.



Florida Amendment 3 threatens votes on local school taxes, districts say

news_search · title v1 · article 939 words · 20 results · target rank: 1 · 250/939 article words (27%) appear verbatim · call 407a283e at 2026-10-30T04:54:59 UTC · index

Florida Amendment 3 threatens votes on local school taxes, districts say

NEWS_SEARCH RESULTS

Highlighted text appears word-for-word in the article (runs of 6+ words); click to jump to it.

1. Florida Amendment 3 threatens votes on local school taxes, districts say TARGET

https://orlandosentinel.com/2026/10/26/florida-amendment-3-threatens-votes-on-local-school-taxes-districts-say

orlandosentinel.com · age: 4 days ago · page_age: 2026-10-26T10:00:52 · 293 snippet words

Description (32 words)

Florida Amendment 3, on the ballot in November, aims to cut property taxes, and school district leaders mean it could threaten local school property tax referendums, which are also on the ballot.

Extra snippet 1 (19 words)

The Lake, Orange and Osceola county school districts all want voters to approve local property tax hikes next month.

Extra snippet 2 (62 words)

Approved by the Florida Legislature in June, Amendment 3 asks voters to expand homestead exemptions up to $250,000 in the next two years. That would slash property tax bills for many residents. Lawmakers carved out school districts from the amendment, but local governments and law enforcement have decried it, saying that its passage would lead to deep cuts in crucial public services.

Extra snippet 3 (65 words)

Despite Amendment 3 looming over November's election, Bill Mathias, chair of the Lake County School Board, said he's "nervously optimistic" voters will approve his district's proposed property tax hike. Lake County Schools already levies a voter-approved, 0.75 mill property tax for school safety, but the district is asking voters to say "yes" to an additional 0.25 hike to raise about $49 million for teacher pay.

Extra snippet 4 (115 words)

Some voters Mathias has spoken with also said they thought that because Amendment 3 exempted school property taxes, districts didn't need to ask for more from them anymore. In Orange, OCPS has done almost 60 public outreach events about the millage since May — more than in previous renewal years, Vazquez said — in an effort to explain to voters the tax's purpose. The School District of Osceola County is asking voters for the first time to approve a one-mill property tax. The district says its finances are dire, with reserve funds depleted and almost 800 positions eliminated in an effort to stave off crisis brought on by an enrollment drop of thousands of students.

11 Approved by the Florida Legislature in June, Amendment 3 asks voters to expand homestead exemptions up to $250,000 in the next two years. That would slash property tax bills for many residents.

12 Lawmakers carved out school districts from the amendment, but local governments and law enforcement have decried it, saying that its passage would lead to deep cuts in crucial public services.

13 Despite Amendment 3 looming over November's election, Bill Mathias, chair of the Lake County School Board, said he's "nervously optimistic" voters will approve his district's proposed property tax hike.

14 Lake County Schools already levies a voter-approved, 0.75 mill property tax for school safety, but the district is asking voters to say "yes" to an additional 0.25 hike to raise about $49 million for teacher pay.

15 Early polling done by the district showed support was in the "low 70s" but Mathias said he still expects it to be a "horse race" that will come down to the wire.

16 "People are going to be in a 'no' state of mind when it comes to the referendum because they're going to be in a 'yes' state of mind for (Amendment 3), but I just have to believe with all my heart that people recognize how important public education is," he said.

17 A common concern among school districts is that voters will be confused, thinking that if they are opposed to Amendment 3, for example, they should also be opposed to all ballot measures, including the local tax, Mathias said.

18 Some voters Mathias has spoken with also said they thought that because Amendment 3 exempted school property taxes, districts didn't need to ask for more from them anymore.

19 In Orange, OCPS has done almost 60 public outreach events about the millage since May — more than in previous renewal years, Vazquez said — in an effort to explain to voters the tax's purpose.

20 The School District of Osceola County is asking voters for the first time to approve a one-mill property tax.

21 The district says its finances are dire, with reserve funds depleted and almost 800 positions eliminated in an effort to stave off crisis brought on by an enrollment drop of thousands of students.

### C. The Brave Browser

71. As discussed above, the Brave Browser is a product offered to customers that allows customers to circumvent the Publishers' paywalls, create a free custom news feed filled with Publishers' content, and block and/or substitute advertising displayed on Publishers' websites.

72. As shown in the images below, Brave's paywall blocker is effective. The top image shows the results of an effort to retrieve an article from the Daily News on another major browser. The lower image shows the Brave Browser retrieving that same Daily News article, and providing the content of that article to the user, without a login and bypassing The Daily News's paywall:







73. The Brave Browser's paywall blocker is similarly effective for the Chicago Tribune's paywalls. The top image shows the results of an effort to retrieve an article from the Chicago Tribune on another major browser. The lower image shows the Brave Browser retrieving

that same Chicago Tribune article, and providing the content of that article to the user, without a login and bypassing the Chicago Tribune's paywall:





Trump's ICE raids came home

chicagotribune.com/2026/10/18/paris-trump-ice-arrest/

Chicago Tribune

Immigration | In Paris, Illinois, Trump's ICE raids came home...

Courtney Fiscal Belli gets a hug from her son, Legend Fiscal Belli, 4, at the restaurant she runs with her husband, Main Street Cafe, on Oct. 9, 2026, in downstate Paris. Fiscal Belli's husband, Jose, was detained by federal agents in Indianapolis in July. (Stacey Wescott/Chicago Tribune)

Listen to this article now
Powered by Trinity Audio
00:00 18:11

PARIS, Ill. – In his dreams, Jose Fiscal Belli is still living an all-American life with his all-American family.

Each day, he comes home to his wife, a hazel-eyed, small-town preacher's daughter. Together, they raise four children and run the Main Street Cafe, where they serve country fried chicken and eggs to a feisty bunch of regulars. He also co-owns a Mexican restaurant just across the state line in Clinton, Indiana.

Everyone knows Jose in Paris, Illinois, located about 165 miles south of Chicago. He coaches Little League. Police officers ask for his help as a volunteer Spanish translator. He is known to donate whole meals to the local soup kitchen. When 8-year old Crosby Allen needed a new bat but didn't have the money, Jose gave him one.

He fits right into the mostly white town of roughly 8,000 people where a laundromat offers free laundry day for those who can't afford it and a local group builds wheelchair ramps for disabled residents.

But Jose, 32, is not in Paris anymore. Instead of living the American Dream, he wakes up to a nightmare in ICE custody. He was picked up earlier this summer after Indiana State Police stopped him outside a government building in Indianapolis where he had parked in the wrong spot. The officers turned him over to federal immigration agents, and he is being detained at the Oldham County Jail in La Grange, Kentucky, where he faces deportation.

Now, a town that voted overwhelmingly for President Donald Trump is contending with Jose's absence. The Prairie Press, a local newspaper, ran a front-page photo of Jose and a story declaring: "This is one of ours."

Children threatened to quit baseball. Golfers organized a tournament fundraiser for his legal defense. People donated thousands of dollars for a GoFundMe. Even a few Republican leaders wrote letters supporting his release.

74. Brave's activities with respect to the Orlando Sentinel are no different. The top image shows the results of an effort to retrieve an article from the Orlando Sentinel using another major browser. The lower image shows the Brave Browser retrieving that same Orlando Sentinel article, and providing the content of that article to the user, without a login and bypassing the Orlando Sentinel's paywall:



All Sections

Orlando Sentinel

Subscribe | Log in

Sunday, November 1st 2026
Daily e-Edition
Evening e-Edition

Education

Latest Headlines | Politics | Education | Environment | Crime and Public Safety | Space | Transportation

TRENDING: Voter Guide | Endorsements | Spooky Awards | Investigation: Uncovered | Gift idea: Sentinel's 150th book | Launch schedule

BREAKING NEWS Central Florida Vo

This article is available only to subscribers. Log in

2026 ELECTION COVERAGE

$1 for 1 year

Continue to Checkout

No commitment, cancel anytime

Subscription includes:

Website | E-edition | Mobile App

Interested in print? **View Options**

Return to Homepage

Already a Print subscriber? Activate your Access

NEWS > EDUCATION

# Florida Amendme… …xes, districts say



Sign outside early the voting location in the Southwest Library at Dr. Phillips promoting the OCPS one mill tax referendum, on Friday, October 23, 2026. (Ricardo Ramirez Buxeda/ Orlando Sentinel)

By STEVEN WALKER | swalker@orlandosentinel.com | Orlando Sentinel
PUBLISHED: October 26, 2026 at 6:00 AM EDT | UPDATED: October 27, 2026 at 1:29 PM EDT

RECOMMENDED FOR YOU

Cast out from cruise ship, Florida couple seeks home abroad
Saturday, October 31

Hulk Hogan's Florida mansion so… His daughter isn't pleased
Saturday, October 31

Maxwell: Evolution, climate char… slavery. Let's strip it all from Flor… textbooks!
Friday, October 30

Winter Park may reconsider leag… use of fields in wake of viral yout… soccer incident
Thursday, October 29

Bianchi: Forget Freddy Krueger, Florida's worst Halloween nightr… is named Kirby Smart



≡ Orlando Sentinel    Education | Florida Amendment 3 threatens votes on local...

NEWS > EDUCATION

Florida Amendment 3 threatens votes on local school taxes, districts say

VOTE YES
FOR SPECIAL REFERENDUM
Last item on Ballot
Paid political advertisement paid for by Realtors Political Advocacy Committee, 7025 Augusta National Drive, Orlando, FL 32822

Sign outside early the voting location in the Southwest Library at Dr. Phillips promoting the OCPS one mill tax referendum, on Friday, October 23, 2026. (Ricardo Ramirez Buxeda/ Orlando Sentinel)

By STEVEN WALKER | swalker@orlandosentinel.com | Orlando Sentinel
PUBLISHED: October 26, 2026 at 6:00 AM EDT | UPDATED: October 27, 2026 at 1:29 PM EDT

Getting your Trinity Audio player ready...

Floridians will consider a massive property tax cut when they go to the polls next month, a proposition local school leaders fear has amped up anti-tax sentiment.

That in turn makes them nervous that voters on Nov. 3 will be inclined to reject measures to hike local school property taxes that are also on the ballot — though in previous years those local taxes passed easily.

The Lake, Orange and Osceola county school districts are all asking voters to approve taxes that would help raise millions of dollars for public education, money school leaders say is crucial as they weather steep enrollment drops and the accompanying reduction in state per-pupil funding.

"If it does not pass, then we're in dire straits. We would have significant cuts," said Orange Superintendent Maria Vazquez.

But asking voters to approve a local tax hike as some of Florida's Republican leaders urge passage of Amendment 3, which would cut deeply taxes on homesteaded properties, leaves the Central Florida districts in an awkward position.

"There is angst among the districts," Vazquez said, and worry that "voters are going to get confused."

RECOMMENDED FOR YOU

Editorial: Another dozen reason vote 'no' on Amendment 3
Tuesday, October 27

Editorial: Ten reasons (and cour to vote 'no' on Amendment 3
Monday, October 26

What could Amendment 3 mean Florida renters?
Wednesday, October 28

Once globally preeminent, US universities are sliding into decl
Thursday, October 29

AI detector flags much of Florid education chief's writing as AI-generated
Friday, October 30

Racist group chats sparked fear FIU. Now a judge signals who ma win lawsuit
Friday, October 30

QB and VB3 uncertainty, Stockto praise and more | 5 things we learned from UF's Georgia loss
Sunday, November 1

El Niño shifts exotic sea creatur Southern California's coast. Her what anglers are seeing
Sunday, November 1

Bianchi: Forget Freddy Krueger, Florida's worst Halloween night is named Kirby Smart
Saturday, October 31

'Grasping at straws': Judge dism Trump suit against Wall Street Journal over Epstein letter
Sunday, November 1

75. The Brave Browser provides free access to paywalled and copyright-protected articles from the Publishers without the Publishers' authorization. When a user navigates to an article available at nydailynews.com, chicagotribune.com, or orlandosentinel.com, the user will typically encounter a paywall as shown above. But when using the Brave Browser configured to disable paywalls, the Brave Browser will copy the requested article and render the article text and other content for display to the user without the paywall.

76. Through the process of retrieving and displaying the text of an article from the Publishers that would otherwise be shielded behind the Publishers' paywalls, Brave has made unauthorized copies of the Publishers' copyrighted works.

77. The Brave Browser also includes a service called "Brave News" that, according to Brave, provides "Private, personalized news. From hundreds of sources. Right in your browser."[51] According to Brave, "There are hundreds of major media outlets and news sources available in Brave News. News categories include global news, business and finance, sports, fashion, lifestyle, entertainment, crypto, and more."[52] As shown below, the Chicago Tribune is one of the "major media outlets" that Brave offers in Brave News through its Browser. The top image shows the Chicago Tribune on the list of available news outlets, and the second shows the notification of a Chicago Tribune article:




78. The Brave Browser also blocks advertising by default. As Brave explains, "Brave's easy to use browser blocks ads by default, making the Web faster, safer, and less cluttered for

[51] *Brave News*, BRAVE, https://brave.com/brave-news/ (last visited Oct. 30, 2026).
[52] *Brave News*, BRAVE, https://brave.com/brave-news/ (last visited Oct. 30, 2026).

people all over the world."[53] When a Brave user visits a Publisher's webpage, the Brave Browser strips the Publisher's advertising from the page, including advertising that prompts the user to subscribe.

79. The images below show a webpage from the Chicago Tribune's website as retrieved from the Google Chrome browser (left) and the Brave Browser (right). As the images show, Brave has stripped ads that appear on the Chicago Tribune's website:







80. Brave is not against all ads, however. Rather, through "Brave Ads," it replaces the ads that appear on the content owners' websites with its own. "Advertise on the Brave browser and search engine," says Brave, and "[r]each and convert millions of Brave users with effective ad placements catered to all marketing objectives."[54] Brave then offers its users a "Brave Rewards" program, similar to an airline points program, by which they can (according to Brave): "Support

---

[53] *Did you know? Brave saves ... Your sanity*, BRAVE, https://brave.com/did-you-know/brave-saves-sanity/ (last visited Oct. 30, 2026).

[54] *Advertise on the Brave browser and search engine*, BRAVE, https://brave.com/brave-ads/ (last visited Oct. 30, 2026).

content creators and earn tokens for ads you see in Brave. Use your tokens in Web3 apps, to book flights, exchange for other currencies, and more."[55]

**IV. Brave's Unlawful Conduct Has Harmed, and Continues to Harm, Publishers**

81. By copying the Publishers' copyrighted content and creating substitutive output derived from their works, and by the other conduct described above, Brave obviates the need for users to visit the Publishers' websites or purchase their newspapers. This intermediates the Publishers from their audience, harming the Publishers' ability to build and strengthen relationships with their readers. Brave is thus misappropriating substantial subscription, advertising, licensing, and affiliate revenue opportunities that belong rightfully and exclusively to the Publishers.

82. Because Brave is a private company, it does not have to disclose information regarding its revenues, valuation, or other financial metrics. Industry observers report that Brave is currently worth about $980 million, with substantial year-over-year revenue growth and over 100 million monthly users. Brave has been recognized for having taken relatively little outside capital compared to its peers, primarily so the founders can retain control and continue to pursue a policy that focuses on the company's and customers' privacy.

83. By its actions, Brave has recognized the tremendous value of the kinds of content (including Publishers' Content) it takes for free. Among other things, as explained above, Brave monetizes the Brave Index, which includes the Publishers' Content and other copyrighted materials, by allowing other AI companies to access the Brave Index for training, RAG, and other purposes. Brave provides users with the means to bypass paywalls, and hides information regarding the bot that it uses to collect information from behind the paywalls so that Publishers

---

[55] *Brave Rewards*, BRAVE, https://brave.com/brave-rewards/ (last visited Oct. 30, 2026).

and other copyright owners cannot target it. Brave also offers the copyrighted material to its users with the content owners' advertising blocked, so that Brave can show its own advertising.

84. Publishers are directly injured by Brave's theft of their copyrighted materials, which serves to devalue those materials and deprives Publishers of immediate and potential subscription, advertising, licensing, and affiliate revenues. For example, one published study has concluded that "AI bots on average are sending 95.7% less referral traffic than traditional Google search."[56]

85. Brave's unlawful conduct also harms the public by eroding the economic incentives necessary for the creation and publication of trustworthy, informative, expressive journalism. If the intellectual property rights of Publishers and other publishers are not respected and enforced, creators will not be able to generate high-quality content because they will not receive a sufficient return on investment. Diminished content will further result in reduced revenue, and thus less spending on content creation, spawning even less content of even poorer quality and even less revenue, and so on in a downward spiral for creators like Publishers, and ultimately for the public's ability to be reliably informed. In this way, Brave imperils the very market for the high-quality content that it copies and reproduces, and upon which its business depends.

## COUNT I

### Direct Copyright Infringement (17 U.S.C. § 501)

86. The Publishers restate and incorporate by reference their allegations as set forth in the preceding paragraphs.

87. The Publishers hold exclusive rights to the extensive body of copyrighted material they seek to protect in this case.

[56] *State of the Bots: 2024 Q4, The First Issue*, TOLLBIT (2024), https://tollbit.com/state-of-the-bots/q4-2024/.

88. This includes copyrights registered with the U.S. Copyright Office, including over 2 million articles contained in the registered newspaper issues in Exhibits A-C.

89. Upon information and belief, Brave, without the Publishers' authorization, directly or indirectly through third parties, has willfully copied as many of the Publishers' articles and as much of their content as it has been able to access with its own or with third parties' web crawlers as inputs into database(s) or index(es), including content covered by the registrations listed at Exhibits A-C, as well as more recently registered and soon to be registered copyrights.

90. These database(s) or index(es) are used for a process commonly referred to as retrieval-augmented generation or "RAG."

91. Brave, in turn, uses the Publishers' copyrighted content, accessed through its RAG process, to produce outputs in response to user queries.

92. The outputs or "answers" to user queries contain and/or are derived from the Publishers' copyrighted content, whether they come in the form of verbatim or near-verbatim reproductions, summaries, or abridgements of the Publishers' copyrighted works, or any other reproduced or derivative content sourced from the Publishers' copyrighted works—all of which infringe on the Publishers' copyrighted articles.

93. Brave sells copies of the Publishers' content for the use of third parties in the training and/or grounding of their own AI models and products. Brave sells copies of the Publishers' content in the outputs to the queries posed by the third parties' customers or users.

94. In addition, the Brave Browser makes unauthorized copies of the Publishers' copyrighted works when it provides free access to paywalled and copyright-protected articles from Publishers' sites without the Publishers' permission.

95. The copies that are made to build and operate Brave's AI products, including Ask Brave, the Brave API, and the Brave Browser, which may be retained in Brave's RAG database(s) or index(es), and are thereafter sold by Brave to third parties, are distinct copyright violations on a massive scale.

96. Every instance in which Brave, on its own or by directing or controlling a third party, copies the Publishers' copyrighted work constitutes a separate violation of the Copyright Act, 17 U.S.C. § 106.

97. Brave's massive and ongoing infringements violate the Copyright Act, 17 U.S.C. § 106.

98. The Publishers are, and will continue to be, irreparably harmed by Brave's ongoing infringement of the Publishers' copyrights. The Publishers have, or will have, no viable remedy at law should Brave's violations of the Publishers' rights continue unabated.

99. Brave's infringements are ongoing, and the Publishers are entitled to injunctive relief and other equitable remedies.

100. Brave's infringements were and are willful, as reflected, for example, in its deployment of paywall bypass measures, and its refusal to release the name of its web crawler bot so that owners of copyrighted content can prevent the copying of that content from their websites.

101. The Publishers are entitled to statutory damages, actual damages, restitution of profits, attorneys' fees, costs of suit, and other remedies provided by law.

## COUNT II

### Contributory Copyright Infringement

102. The Publishers restate and incorporate by reference their allegations as set forth in the preceding paragraphs.

103. To the extent that Brave argues that an end-user—rather than Brave—should be liable as a direct infringer based on Brave outputs, Brave is secondarily liable for unlawfully reproducing, displaying, distributing, and preparing derivatives of the Publishers' copyrighted works because it intended that the copyrighted content that it provided through its various services discussed above be used for infringing purposes and specifically tailored its products to be used for infringing purposes.

104. Specifically, Brave induced infringement by third parties by, *inter alia*, encouraging third parties to use the Brave Index (which contains the Publishers' copyrighted content) and use that content to train their LLMs and to further copy the Publishers' content through the RAG process and by displaying that content. For example, Brave specifically told potential customers:

> "The Brave Search API is an open-ended product with many possible uses (just as people have many possible uses for search engines, and apply that breadth to software development). The most common uses today are in training and grounding several of the Web's biggest large language models (LLM), in addition to powering popular AI apps. This is likely to continue to be the primary use case for the Brave Search API, as an increasing number of AI agents operate in the wild who, like humans, thrive when given access to the open Web."

105. Brave intended to encourage such infringement by those third parties, as reflected by Brave's own words.

106. Brave also provided services specifically tailored to the alleged infringements, as reflected by, *inter alia*, providing users with a feature designed to bypass paywalls and products, including Ask Brave and the Brave API, designed to provide users with copies of stolen copyrighted content. Brave specifically promoted these benefits to potential users and customers of its products as discussed above, and these products are not capable of substantial non-infringing uses because they simply copy and output copyrighted content.

107. Brave has knowledge of the direct infringements of Publisher Content by its customers and users. Brave's users and customers access Brave's products for the purpose of securing access to copyrighted content, including Publisher Content. Brave actively induces such conduct by making it impossible for content owners, including the Publishers, to block Brave's bots from scraping their websites. Brave also actively induces such conduct by incorporating into its products a mechanism that gives Brave's users the option to bypass content owners' paywalls, and to secure information from protected sites, while preventing the content owners from taking measures to block Brave's copying of their copyrighted materials.

108. In addition, Brave's products, including Ask Brave and the Search API, intentionally target the Publishers' work for copying. Brave knows that Ask Brave and the Brave API respond to users with outputs that infringe the Publishers' works. Ask Brave and the Brave API are designed to foster the infringement of the Publishers' copyrighted works and to transmit infringing copies to users of its products. Brave provides the site and facilities for its users' ongoing infringement, notwithstanding that Brave has the means to prevent such infringement but does not do so. Instead, it intentionally avoids taking steps to sufficiently mitigate its infringement.

109. Brave also intentionally induces its users' infringing activity. Brave designs, operates, and maintains its RAG services, including Ask Brave and the Brave API, with the object of supplying Publisher Content, including full verbatim, partial verbatim, or substantially similar copies. Brave promotes its services as providing such content, and encourages its customers to use those services to secure copyrighted content, including Publisher Content, thereby inducing its users' direct infringement. As a direct and proximate result of such actions, Brave has infringed the Publishers' copyrighted content.

110. Brave intentionally induces the infringing activity of third-party AI companies who use the Brave Index and other resources to copy Publisher Content for purposes of training their own LLMs, for the purpose of grounding responses to their users' queries, and for other purposes. Brave induces the third-party AI companies' direct infringement of the copyrights to Publisher Content and other materials by offering and marketing to those companies the availability and advantages of using the Brave Index for the purpose of training their LLMs, grounding responses to their users' queries, and providing material into the output that their systems provide to users. Every instance in which a third party (whether a Brave customer or an AI company) copies Publisher Content from the Brave Index or other Brave database constitutes a separate instance of unlawful infringement for which Brave is contributorily liable.

111. The Publishers are, and will continue to be, irreparably harmed by Brave's ongoing contributory infringement of the Publishers' copyrights. The Publishers have, or will have, no viable remedy at law should Brave's violations of the Publishers' rights continue unabated.

112. Brave's unlawful conduct is ongoing, and the Publishers are entitled to injunctive relief and other equitable remedies.

113. The Publishers are also entitled to statutory damages, actual damages, restitution of profits, attorneys' fees, costs of suit, and other remedies provided by law.

## COUNT III

### Vicarious Copyright Infringement

114. The Publishers restate and incorporate by reference their allegations as set forth in the preceding paragraphs.

115. Brave controlled, directed, and profited from the infringement perpetrated by its customers and end users. Brave controls and directs the products used to store, process, and reproduce the Publishers' copyrights, including Ask Brave, the Brave Search API, and the Brave

Browser. Specifically, Brave wrote, published, and controls all updates to the Brave Browser's software, including the software for the paywall blocking feature. Brave also operates the Brave API and Ask Brave products under its own terms of service and sells subscriptions to these products that it can suspend or terminate.

116. Brave profited from the infringement perpetrated by its end users because, *inter alia,* it collects fees on every Brave API response, including those containing Publisher Content. Brave also profits heavily from customer and end-user infringements because its paywall bypass features and news-specific Brave API offerings serve as a draw to end users, including AI companies. Every instance in which a third party (whether a Brave customer or an AI company) copies Publisher Content from the Brave Index or other Brave database constitutes a separate instance of unlawful infringement for which Brave is vicariously liable.

117. The Publishers are, and will continue to be, irreparably harmed by Brave's ongoing vicarious infringement of the Publishers' copyrights. The Publishers have, or will have, no viable remedy at law should Brave's violations of the Publishers' rights continue unabated.

118. Brave's unlawful conduct is ongoing, and the Publishers are entitled to injunctive relief and other equitable remedies.

119. The Publishers are also entitled to statutory damages, actual damages, restitution of profits, attorneys' fees, costs of suit, and other remedies provided by law.

## COUNT IV

### Violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1)(A) and § 1201(a)(2)

120. The Publishers restate and incorporate by reference their allegations as set forth in the preceding paragraphs.

121. Under the DMCA: "No person shall circumvent a technological measure that effectively controls access to a work protected under this title." 17 U.S.C. § 1201(a)(1)(A). The statute also provides:

> (2) No person shall manufacture, import, offer to the public, provide, or otherwise traffic in any technology, product, service, device, component, or part thereof, that—
>
> > (A) is primarily designed or produced for the purpose of circumventing protection afforded by a technological measure that effectively protects a right of a copyright owner under this title in a work or a portion thereof;
> >
> > (B) has only limited commercially significant purpose or use other than to circumvent protection afforded by a technological measure that effectively protects a right of a copyright owner under this title in a work or a portion thereof; or
> >
> > (C) is marketed by that person or another acting in concert with that person with that person's knowledge for use in circumventing protection afforded by a technological measure that effectively protects a right of a copyright owner under this title in a work or a portion thereof.

17 U.S.C. § 1201(a)(2).

122. The Publishers employ paywalls and other technological protection measures ("TPMs") that effectively control access to the Publishers' copyrighted works on their websites within the meaning of 17 U.S.C. § 1201(a)(3)(B). The Publishers' TPMs prohibit access, scraping, downloading, bulk extraction, or other forms of data mining by unauthorized entities. Specifically, the Publishers' TPMs require the application of information, processes, and authorized interactions in order to access the works in usable form. These measures function to prevent access to the Publishers' works outside the authorized delivery environment. These restrictions prevent unlicensed access to the underlying files, not just reproduction of content.

123. When the Publishers add content to their websites, the Publishers automatically apply TPMs, or that content is automatically subject to TPMs, that control access to, and prevent unauthorized access to, that content.

124. Brave knowingly and intentionally circumvented the Publishers' TPMs by deploying automated systems, including the paywall bypass feature of the Brave Browser, that are designed to avoid, bypass, and impair those TPMs. Brave also designed, developed, deployed, provided, trafficked in, and offered to the public measures, including the paywall bypass feature of the Brave Browser, that (i) are primarily designed or produced for the purpose of circumventing a technological measure that effectively controls access to a copyrighted work; (ii) have only limited commercially significant purpose or use other than to circumvent a technological measure that effectively controls access to a copyrighted work; and (iii) are marketed for use in circumventing a technological measure that effectively controls access to a copyrighted work.

125. Brave's conduct as described in this Count was without the Publishers' knowledge, authorization, or permission. By its conduct, Brave improperly obtained, and improperly provided to third parties, millions of copyrighted articles from the Publishers' websites.

126. Brave's conduct constitutes circumvention because it involved the avoidance and bypassing of technological measures that control access to copyrighted works without the authority of the copyright owner.

127. As a direct and proximate result of Brave's DMCA violations, the Publishers have been injured and are entitled to all remedies available under 17 U.S.C. § 1203, including statutory damages, injunctive relief, attorneys' fees, and the destruction of any device involved in the violation. Each act of circumvention constitutes a separate violation of § 1201.

128. The Publishers have been harmed by Brave's conduct because Brave has taken the Publishers' content without authorization or compensation. Brave's circumvention of the Publishers' TPMs has facilitated Brave's ongoing and massive copyright infringement through its

unauthorized and uncompensated use of Publisher Content in the Brave Index for training of LLMs and for other purposes.

129. Each act of infringement is a willful violation as Brave used automated tools to evade the Publishers' TPMs.

**COUNT V**

**Unjust Enrichment Under New York Law**

130. The Publishers restate and incorporate by reference their allegations as set forth in the preceding paragraphs.

131. Separate and apart from Brave's infringement of the Publishers' copyrights and other violations described above, Brave has unfairly, improperly, and unjustly reaped a financial benefit from its use of Publisher Content in the form of the revenue it receives by blocking the advertising that accompanies Publisher Content and showing advertising of its own.

132. Brave was enriched. It received and kept advertising revenue generated by removing Publisher advertising from, and placing its own advertisements on, Publisher Content.

133. Brave was enriched at the Publishers' expense. Brave's revenue came from displacing advertisements from which the Publishers would have derived revenue, and from exploiting a readership that the Publishers built at their own cost. The money Brave collected corresponds to revenue the Publishers lost.

134. Equity and good conscience require restitution to the Publishers. Brave deliberately removed the Publishers' advertising without authorization or payment, and showed advertising of its own for which it charged advertisers a fee.

135. Brave did not have a contract or any other agreement with the Publishers regarding the advertising that would appear with Publisher Content or otherwise. No valid and enforceable contract governs the subject matter of this dispute.

136. This Count V does not depend on any copying, reproduction, or distribution of Publisher Content. This claim rests entirely on Brave's displacement of, and profiting from, its usurpation of the Publishers' paid advertising positions and the advertising revenue those positions generate.

137. The Publishers are entitled to restitution and disgorgement of all revenue and profits Brave obtained through its ad-substitution scheme, plus interest.

**PRAYER FOR RELIEF**

WHEREFORE, Publishers respectfully demand judgment against Brave as follows:

a. Awarding Plaintiffs statutory damages, actual damages, restitution of profits, and any other relief that may be permitted by law or equity;

b. Permanently enjoining Brave from engaging in the unlawful conduct alleged herein;

c. Awarding Publishers their costs, expenses, and attorneys' fees, and any other amount or remedy as permitted by law; and

d. Awarding Plaintiffs such other or further relief as the Court may deem just.

**DEMAND FOR JURY TRIAL**

Publishers hereby demand a jury trial for all claims so triable.

Dated: November 2, 2026

By: /s/ *Steven Lieberman*
Steven Lieberman (SL8687)
Jennifer B. Maisel (5096995)
Robert Parker (*pro hac vice forthcoming*)
Jenny L. Colgate (*pro hac vice forthcoming*)
Kristen J. Logan (*pro hac vice forthcoming*)
Bryan B. Thompson (6004147)
Mary L. Mullins (*pro hac vice forthcoming*)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Telephone: (202) 783-6040
Facsimile: (202) 783-6031

slieberman@rothwellfigg.com
jmaisel@rothwellfigg.com
rparker@rothwellfigg.com
jcolgate@rothwellfigg.com
klogan@rothwellfigg.com
bthompson@rothwellfigg.com
mmullins@rothwellfigg.com